**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:
```

In re

SKAT TAX REFUND SCHEME LITIGATION

This document relates to: 1:19-cv-01906-LAK,
1:19-cv-01911-LAK, and 1:19-cv-01924-LAK

Master Docket 18-md-02865 (LAK)
ECF Case

## STIPULATION AND [PROPOSED] ORDER
## EXTENDING TIME TO RESPOND TO THE COMPLAINTS

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned

counsel for the parties that the current May 13, 2019 deadline for defendants Michelle

Investments Pension Plan, Remece Investments LLC Pension Plan, and Xiphias LLC Pension

Plan (the "Defendants") in the cases enumerated in the caption to answer or file a motion in

response to the Complaints is hereby extended thirty (30) days up to and including June 12,

2019.

No provision of this Stipulation and Order shall be construed as a waiver of, and

Defendants expressly reserve, any and all defenses.

This is the Defendants' first request for an extension of time to answer or otherwise

respond to the Complaints.

Dated: May 10, 2019
New York, New York

1

/s/ Sharon L. McCarthy
SHARON L. MCCARTHY
KOSTELANETZ & FINK LLP
7 World Trade Center, 34th Fl.
New York, NY 10007
(212) 840-6866
smccarthy@kflaw.com
*Attorney for Defendants Michelle*
*Investments Pension Plan, Remece*
*Investments LLC Pension Plan, and*
*Xiphias LLC Pension Plan*

/s/ Sarah L. Cave *(e-signed with consent)*
SARAH L. CAVE
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
(212) 837-6000
sarah.cave@hugheshubbard.com
*Attorney for Plaintiff Skatteforvaltningen*

SO ORDERED:

Hon. Lewis A. Kaplan
United States District Judge

$5/13/18$

2