# Exhibit 11, Part 4

| Date | | Starting Balance | | Rate | Int | Sum | | | |
|---|---|---|---|---|---|---|---|---|---|
| 04-Apr-13 | | -723,168,530.00 | 0.675% | 0.723750% | -14,539.37 | -47,735.27 | | | |
| 05-Apr-13 | | -723,168,530.00 | 0.675% | 0.723750% | -14,539.66 | -62,274.93 | | | |
| 06-Apr-13 | | -723,168,530.00 | 0.675% | 0.723750% | -14,539.95 | -76,814.88 | | | |
| 07-Apr-13 | | -723,168,530.00 | 0.675% | 0.723750% | -14,540.24 | -91,355.13 | | | |
| 08-Apr-13 | | -723,168,530.00 | 0.675% | 0.723750% | -14,540.54 | -105,895.67 | | | |
| 09-Apr-13 | | -723,168,530.00 | 0.700% | 0.748750% | -15,043.10 | -120,938.77 | | | |
| 10-Apr-13 | | -723,168,530.00 | 0.700% | 0.748750% | -15,043.42 | -135,982.19 | | | |
| 11-Apr-13 | | -723,168,530.00 | 0.700% | 0.748750% | -15,043.73 | -151,025.91 | | | |
| 12-Apr-13 | | -723,168,530.00 | 0.700% | 0.748750% | -15,044.04 | -166,069.96 | | | |
| 13-Apr-13 | | -723,168,530.00 | 0.700% | 0.748750% | -15,044.36 | -181,114.31 | | | |
| 14-Apr-13 | | -723,168,530.00 | 0.700% | 0.748750% | -15,044.67 | -196,158.98 | | | |
| 15-Apr-13 | | -723,168,530.00 | 0.700% | 0.748750% | -15,044.98 | -211,203.96 | | | |
| 16-Apr-13 | | -723,168,530.00 | 0.700% | 0.748750% | -15,045.29 | -226,249.25 | | | |
| 17-Apr-13 | | -723,168,530.00 | 0.675% | 0.723750% | -14,543.25 | -240,792.50 | | | |
| 18-Apr-13 | | -723,168,530.00 | 0.650% | 0.698750% | -14,041.17 | -254,833.68 | | | |
| 19-Apr-13 | | -723,168,530.00 | 0.650% | 0.698750% | -14,041.45 | -268,875.12 | | | |
| 20-Apr-13 | | -723,168,530.00 | 0.650% | 0.698750% | -14,041.72 | -282,916.84 | | | |
| 21-Apr-13 | | -723,168,530.00 | 0.650% | 0.698750% | -14,041.99 | -296,958.83 | | | |
| 22-Apr-13 | | -723,168,530.00 | 0.650% | 0.698750% | -14,042.26 | -311,001.10 | | | |
| 23-Apr-13 | | -723,168,530.00 | 0.650% | 0.698750% | -14,042.54 | -325,043.64 | | | |
| 24-Apr-13 | | -723,168,530.00 | 0.650% | 0.698750% | -14,042.81 | -339,086.44 | | | |
| 25-Apr-13 | | -723,168,530.00 | 0.650% | 0.698750% | -14,043.08 | -353,129.53 | | | |
| 26-Apr-13 | | -723,168,530.00 | 0.650% | 0.698750% | -14,043.35 | -367,172.88 | | | |
| 27-Apr-13 | | -723,168,530.00 | 0.650% | 0.698750% | -14,043.63 | -381,216.51 | | | |
| 28-Apr-13 | | -723,168,530.00 | 0.650% | 0.698750% | -14,043.90 | -395,260.41 | | | |
| 29-Apr-13 | | -723,168,530.00 | 0.650% | 0.698750% | -14,044.17 | -409,304.58 | | | |
| 30-Apr-13 | | -723,168,530.00 | 0.650% | 0.698750% | -14,044.44 | -423,349.02 | | | |
| | | | | | | -423,349.02 | | | |

**H LUNDBECK A/S**

| Date | Px | Starting Balance | CASH ORIG | Rate | Int | Sum | Mark | Daily MTM | |
|---|---|---|---|---|---|---|---|---|---|
| 01-Apr-13 | | | | 0.68000% | 8,023.25 | 48,225.72 | | | -0.0200% |
| 02-Apr-13 | 109.30 | -446,071,500.00 | | 1.37500% | 16,223.79 | 64,449.51 | -446,071,500.00 | 455,234,500.00 | -9,163,000.00 | 0.6750% |
| 03-Apr-13 | 109.70 | -455,234,500.00 | | 1.40000% | 16,519.40 | 80,968.92 | -455,234,500.00 | 456,900,500.00 | -1,666,000.00 | 0.7000% |
| 04-Apr-13 | 111.00 | -456,900,500.00 | | 1.37500% | 16,225.04 | 97,193.96 | -456,900,500.00 | 462,315,000.00 | -5,414,500.00 | 0.6750% |
| 05-Apr-13 | 111.50 | -462,315,000.00 | | 1.37500% | 16,225.66 | 113,419.63 | -462,315,000.00 | 464,397,500.00 | -2,082,500.00 | 0.6750% |
| 06-Apr-13 | | | | 1.37500% | 16,226.28 | 129,645.91 | | | | 0.6750% |
| 07-Apr-13 | | | | 1.37500% | 16,226.90 | 145,872.81 | | | | 0.6750% |
| 08-Apr-13 | 113.00 | -464,397,500.00 | | 1.37500% | 16,227.52 | 162,100.34 | -464,397,500.00 | 470,645,000.00 | -6,247,500.00 | 0.6750% |
| 09-Apr-13 | 113.90 | -470,645,000.00 | | 1.40000% | 16,523.20 | 178,623.54 | -470,645,000.00 | 474,393,500.00 | -3,748,500.00 | 0.7000% |
| 10-Apr-13 | 114.00 | -474,393,500.00 | | 1.40000% | 16,523.84 | 195,147.38 | -474,393,500.00 | 474,810,000.00 | -416,500.00 | 0.7000% |
| 11-Apr-13 | 114.50 | -474,810,000.00 | | 1.40000% | 16,524.49 | 211,671.87 | -474,810,000.00 | 476,892,500.00 | -2,082,500.00 | 0.7000% |
| 12-Apr-13 | 114.90 | -476,892,500.00 | | 1.40000% | 16,525.13 | 228,196.99 | -476,892,500.00 | 478,558,500.00 | -1,666,000.00 | 0.7000% |
| 13-Apr-13 | | | | 1.40000% | 16,525.77 | 244,722.76 | | | | 0.7000% |
| 14-Apr-13 | | | | 1.40000% | 16,526.41 | 261,249.18 | | | | 0.7000% |
| 15-Apr-13 | 115.00 | -478,558,500.00 | | 1.40000% | 16,527.06 | 277,776.23 | -478,558,500.00 | 478,975,000.00 | -416,500.00 | 0.7000% |
| 16-Apr-13 | 113.70 | -478,975,000.00 | | 1.40000% | 16,527.70 | 294,303.93 | -478,975,000.00 | 473,560,500.00 | 5,414,500.00 | 0.7000% |
| 17-Apr-13 | 109.30 | -473,560,500.00 | | 1.37500% | 16,233.19 | 310,537.13 | -473,560,500.00 | 455,234,500.00 | 18,326,000.00 | 0.6750% |
| 18-Apr-13 | 112.30 | -455,234,500.00 | | 1.35000% | 15,938.65 | 326,475.78 | -455,234,500.00 | 467,729,500.00 | -12,495,000.00 | 0.6500% |
| 19-Apr-13 | 108.50 | -467,729,500.00 | | 1.35000% | 15,939.25 | 342,415.03 | -467,729,500.00 | 451,902,500.00 | 15,827,000.00 | 0.6500% |
| 20-Apr-13 | | | | 1.35000% | 15,939.85 | 358,354.88 | | | | 0.6500% |
| 21-Apr-13 | | | | 1.35000% | 15,940.45 | 374,295.32 | | | | 0.6500% |
| 22-Apr-13 | 109.40 | -451,902,500.00 | | 1.35000% | 15,941.04 | 390,236.36 | -451,902,500.00 | 455,651,000.00 | -3,748,500.00 | 0.6500% |
| 23-Apr-13 | 112.30 | -455,651,000.00 | | 1.35000% | 15,941.64 | 406,178.01 | -455,651,000.00 | 467,729,500.00 | -12,078,500.00 | 0.6500% |
| 24-Apr-13 | 112.80 | -467,729,500.00 | | 1.35000% | 15,942.24 | 422,120.24 | -467,729,500.00 | 469,812,000.00 | -2,082,500.00 | 0.6500% |
| 25-Apr-13 | 114.10 | -469,812,000.00 | | 1.35000% | 15,942.84 | 438,063.08 | -469,812,000.00 | 475,226,500.00 | -5,414,500.00 | 0.6500% |
| 26-Apr-13 | | | | 1.35000% | 15,943.43 | 454,006.52 | | | | 0.6500% |
| 27-Apr-13 | | | | 1.35000% | 15,944.03 | 469,950.55 | | | | 0.6500% |
| 28-Apr-13 | | | | 1.35000% | 15,944.63 | 485,895.18 | | | | 0.6500% |
| 29-Apr-13 | 113.50 | -475,226,500.00 | | 1.35000% | 15,945.23 | 501,840.41 | -475,226,500.00 | 472,727,500.00 | 2,499,000.00 | 0.6500% |
| 30-Apr-13 | 113.20 | -472,727,500.00 | | 1.35000% | 15,945.83 | 517,786.23 | -472,727,500.00 | 471,478,000.00 | 1,249,500.00 | 0.6500% |
| | | -430,801,094.50 | | Interest Accrual | 517,786.23 | | | -40,676,905.50 | |

| Date | Cash Loan Amount | | | Stock Lending Fee | | |
|---|---|---|---|---|---|---|
| 01-Apr-13 | -430,801,094.50 | -0.020% | 0.028750% | -344.04 | -2,154.01 | |
| 02-Apr-13 | -430,801,094.50 | 0.675% | 0.723750% | -8,660.94 | -10,814.95 | |
| 03-Apr-13 | -430,801,094.50 | 0.700% | 0.748750% | -8,960.29 | -19,775.24 | |
| 04-Apr-13 | -430,801,094.50 | 0.675% | 0.723750% | -8,661.29 | -28,436.53 | |
| 05-Apr-13 | -430,801,094.50 | 0.675% | 0.723750% | -8,661.47 | -37,098.00 | |
| 06-Apr-13 | -430,801,094.50 | 0.675% | 0.723750% | -8,661.64 | -45,759.65 | |
| 07-Apr-13 | -430,801,094.50 | 0.675% | 0.723750% | -8,661.82 | -54,421.46 | |
| 08-Apr-13 | -430,801,094.50 | 0.675% | 0.723750% | -8,661.99 | -63,083.45 | |
| 09-Apr-13 | -430,801,094.50 | 0.700% | 0.748750% | -8,961.38 | -72,044.83 | |
| 10-Apr-13 | -430,801,094.50 | 0.700% | 0.748750% | -8,961.56 | -81,006.39 | |
| 11-Apr-13 | -430,801,094.50 | 0.700% | 0.748750% | -8,961.75 | -89,968.14 | |
| 12-Apr-13 | -430,801,094.50 | 0.700% | 0.748750% | -8,961.94 | -98,930.08 | |

| Date | Px | Starting Balance | CASH ORIG | Rate | Int | Sum | Mark | Daily MTM | |
|---|---|---|---|---|---|---|---|---|---|
| 13-Apr-13 | | -430,801,094.50 | | 0.700% | 0.748750% | -8,962.12 | -107,892.20 | | |
| 14-Apr-13 | | -430,801,094.50 | | 0.700% | 0.748750% | -8,962.31 | -116,854.51 | | |
| 15-Apr-13 | | -430,801,094.50 | | 0.700% | 0.748750% | -8,962.49 | -125,817.00 | | |
| 16-Apr-13 | | -430,801,094.50 | | 0.700% | 0.748750% | -8,962.68 | -134,779.68 | | |
| 17-Apr-13 | | -430,801,094.50 | | 0.675% | 0.723750% | -8,663.61 | -143,443.29 | | |
| 18-Apr-13 | | -430,801,094.50 | | 0.650% | 0.698750% | -8,364.51 | -151,807.81 | | |
| 19-Apr-13 | | -430,801,094.50 | | 0.650% | 0.698750% | -8,364.68 | -160,172.48 | | |
| 20-Apr-13 | | -430,801,094.50 | | 0.650% | 0.698750% | -8,364.84 | -168,537.32 | | |
| 21-Apr-13 | | -430,801,094.50 | | 0.650% | 0.698750% | -8,365.00 | -176,902.32 | | |
| 22-Apr-13 | | -430,801,094.50 | | 0.650% | 0.698750% | -8,365.16 | -185,267.48 | | |
| 23-Apr-13 | | -430,801,094.50 | | 0.650% | 0.698750% | -8,365.33 | -193,632.81 | | |
| 24-Apr-13 | | -430,801,094.50 | | 0.650% | 0.698750% | -8,365.49 | -201,998.30 | | |
| 25-Apr-13 | | -430,801,094.50 | | 0.650% | 0.698750% | -8,365.65 | -210,363.95 | | |
| 26-Apr-13 | | -430,801,094.50 | | 0.650% | 0.698750% | -8,365.81 | -218,729.76 | | |
| 27-Apr-13 | | -430,801,094.50 | | 0.650% | 0.698750% | -8,365.98 | -227,095.74 | | |
| 28-Apr-13 | | -430,801,094.50 | | 0.650% | 0.698750% | -8,366.14 | -235,461.87 | | |
| 29-Apr-13 | | -430,801,094.50 | | 0.650% | 0.698750% | -8,366.30 | -243,828.17 | | |
| 30-Apr-13 | | -430,801,094.50 | | 0.650% | 0.698750% | -8,366.46 | -252,194.63 | | |
| | | | | | | | -252,194.63 | | |

**CARLSBERG AS-B**

| Date | Px | Starting Balance | CASH ORIG | Rate | Int | Sum | Mark | Daily MTM | |
|---|---|---|---|---|---|---|---|---|---|
| 01-Apr-13 | | | | 0.68000% | 30,121.80 | 181,054.44 | | | -0.0200% |
| 02-Apr-13 | 571.00 | -1,550,840,000.00 | | 1.37500% | 60,909.20 | 241,963.63 | -1,550,840,000.00 | 1,564,540,000.00 | -13,700,000.00 | 0.6750% |
| 03-Apr-13 | 566.00 | -1,564,540,000.00 | | 1.40000% | 62,019.01 | 303,982.64 | -1,564,540,000.00 | 1,550,840,000.00 | 13,700,000.00 | 0.7000% |
| 04-Apr-13 | 562.50 | -1,550,840,000.00 | | 1.37500% | 60,913.89 | 364,896.53 | -1,550,840,000.00 | 1,541,250,000.00 | 9,590,000.00 | 0.6750% |
| 05-Apr-13 | 548.50 | -1,541,250,000.00 | | 1.37500% | 60,916.22 | 425,812.75 | -1,541,250,000.00 | 1,502,890,000.00 | 38,360,000.00 | 0.6750% |
| 06-Apr-13 | | | | 1.37500% | 60,918.54 | 486,731.29 | | | | 0.6750% |
| 07-Apr-13 | | | | 1.37500% | 60,920.87 | 547,652.17 | | | | 0.6750% |
| 08-Apr-13 | 560.50 | -1,502,890,000.00 | | 1.37500% | 60,923.20 | 608,575.36 | -1,502,890,000.00 | 1,535,770,000.00 | -32,880,000.00 | 0.6750% |
| 09-Apr-13 | 567.00 | -1,535,770,000.00 | | 1.40000% | 62,033.26 | 670,608.63 | -1,535,770,000.00 | 1,553,580,000.00 | -17,810,000.00 | 0.7000% |
| 10-Apr-13 | 577.50 | -1,553,580,000.00 | | 1.40000% | 62,035.67 | 732,644.30 | -1,553,580,000.00 | 1,582,350,000.00 | -28,770,000.00 | 0.7000% |
| 11-Apr-13 | 576.50 | -1,582,350,000.00 | | 1.40000% | 62,038.09 | 794,682.39 | -1,582,350,000.00 | 1,579,610,000.00 | 2,740,000.00 | 0.7000% |
| 12-Apr-13 | 568.00 | -1,579,610,000.00 | | 1.40000% | 62,040.50 | 856,722.89 | -1,579,610,000.00 | 1,556,320,000.00 | 23,290,000.00 | 0.7000% |
| 13-Apr-13 | | | | 1.40000% | 62,042.91 | 918,765.80 | | | | 0.7000% |
| 14-Apr-13 | | | | 1.40000% | 62,045.33 | 980,811.12 | | | | 0.7000% |
| 15-Apr-13 | 560.00 | -1,556,320,000.00 | | 1.40000% | 62,047.74 | 1,042,858.86 | -1,556,320,000.00 | 1,534,400,000.00 | 21,920,000.00 | 0.7000% |
| 16-Apr-13 | 559.00 | -1,534,400,000.00 | | 1.40000% | 62,050.15 | 1,104,909.01 | -1,534,400,000.00 | 1,531,660,000.00 | 2,740,000.00 | 0.7000% |
| 17-Apr-13 | 545.00 | -1,531,660,000.00 | | 1.37500% | 60,944.48 | 1,165,853.50 | -1,531,660,000.00 | 1,493,300,000.00 | 38,360,000.00 | 0.6750% |
| 18-Apr-13 | 541.00 | -1,493,300,000.00 | | 1.35000% | 59,838.69 | 1,225,692.18 | -1,493,300,000.00 | 1,482,340,000.00 | 10,960,000.00 | 0.6500% |
| 19-Apr-13 | 546.50 | -1,482,340,000.00 | | 1.35000% | 59,840.93 | 1,285,533.11 | -1,482,340,000.00 | 1,497,410,000.00 | -15,070,000.00 | 0.6500% |
| 20-Apr-13 | | | | 1.35000% | 59,843.17 | 1,345,376.29 | | | | 0.6500% |
| 21-Apr-13 | | | | 1.35000% | 59,845.42 | 1,405,221.71 | | | | 0.6500% |
| 22-Apr-13 | 540.50 | -1,497,410,000.00 | | 1.35000% | 59,847.66 | 1,465,069.37 | -1,497,410,000.00 | 1,480,970,000.00 | 16,440,000.00 | 0.6500% |
| 23-Apr-13 | 541.50 | -1,480,970,000.00 | | 1.35000% | 59,849.91 | 1,524,919.28 | -1,480,970,000.00 | 1,483,710,000.00 | -2,740,000.00 | 0.6500% |
| 24-Apr-13 | 525.00 | -1,483,710,000.00 | | 1.35000% | 59,852.15 | 1,584,771.43 | -1,483,710,000.00 | 1,438,500,000.00 | 45,210,000.00 | 0.6500% |
| 25-Apr-13 | 525.00 | -1,438,500,000.00 | | 1.35000% | 59,854.40 | 1,644,625.82 | -1,438,500,000.00 | 1,438,500,000.00 | 0.00 | 0.6500% |
| 26-Apr-13 | | | | 1.35000% | 59,856.64 | 1,704,482.46 | | | | 0.6500% |
| 27-Apr-13 | | | | 1.35000% | 59,858.89 | 1,764,341.35 | | | | 0.6500% |
| 28-Apr-13 | | | | 1.35000% | 59,861.13 | 1,824,202.48 | | | | 0.6500% |
| 29-Apr-13 | 516.00 | -1,438,500,000.00 | | 1.35000% | 59,863.37 | 1,884,065.85 | -1,438,500,000.00 | 1,413,840,000.00 | 24,660,000.00 | 0.6500% |
| 30-Apr-13 | 525.50 | -1,413,840,000.00 | | 1.35000% | 59,865.62 | 1,943,931.47 | -1,413,840,000.00 | 1,439,870,000.00 | -26,030,000.00 | 0.6500% |
| | | | -1,606,533,652.00 | Interest Accrual | 1,943,931.47 | | | 166,663,652.00 | |

| Date | Cash Loan Amount | | | Stock Lending Fee | | |
|---|---|---|---|---|---|---|
| 01-Apr-13 | -1,606,533,652.00 | -0.020% | 0.177500% | -7,921.30 | -47,861.91 | |
| 02-Apr-13 | -1,606,533,652.00 | 0.675% | 0.872500% | -38,937.29 | -86,799.20 | |
| 03-Apr-13 | -1,606,533,652.00 | 0.700% | 0.897500% | -40,053.94 | -126,853.14 | |
| 04-Apr-13 | -1,606,533,652.00 | 0.675% | 0.872500% | -38,939.20 | -165,792.34 | |
| 05-Apr-13 | -1,606,533,652.00 | 0.675% | 0.872500% | -38,940.15 | -204,732.49 | |
| 06-Apr-13 | -1,606,533,652.00 | 0.675% | 0.872500% | -38,941.09 | -243,673.58 | |
| 07-Apr-13 | -1,606,533,652.00 | 0.675% | 0.872500% | -38,942.03 | -282,615.61 | |
| 08-Apr-13 | -1,606,533,652.00 | 0.675% | 0.872500% | -38,942.98 | -321,558.59 | |
| 09-Apr-13 | -1,606,533,652.00 | 0.700% | 0.897500% | -40,059.79 | -361,618.38 | |
| 10-Apr-13 | -1,606,533,652.00 | 0.700% | 0.897500% | -40,060.79 | -401,679.17 | |
| 11-Apr-13 | -1,606,533,652.00 | 0.700% | 0.897500% | -40,061.79 | -441,740.96 | |
| 12-Apr-13 | -1,606,533,652.00 | 0.700% | 0.897500% | -40,062.79 | -481,803.75 | |
| 13-Apr-13 | -1,606,533,652.00 | 0.700% | 0.897500% | -40,063.79 | -521,867.54 | |
| 14-Apr-13 | -1,606,533,652.00 | 0.700% | 0.897500% | -40,064.79 | -561,932.33 | |
| 15-Apr-13 | -1,606,533,652.00 | 0.700% | 0.897500% | -40,065.79 | -601,998.11 | |
| 16-Apr-13 | -1,606,533,652.00 | 0.700% | 0.897500% | -40,066.78 | -642,064.90 | |
| 17-Apr-13 | -1,606,533,652.00 | 0.675% | 0.872500% | -38,951.69 | -681,016.59 | |
| 18-Apr-13 | -1,606,533,652.00 | 0.650% | 0.847500% | -37,836.51 | -718,853.10 | |
| 19-Apr-13 | -1,606,533,652.00 | 0.650% | 0.847500% | -37,837.40 | -756,690.50 | |
| 20-Apr-13 | -1,606,533,652.00 | 0.650% | 0.847500% | -37,838.29 | -794,528.80 | |
| 21-Apr-13 | -1,606,533,652.00 | 0.650% | 0.847500% | -37,839.18 | -832,367.98 | |

| Date | Px | Starting Balance | CASH ORIG | Rate | Int | Sum | Mark | Daily MTM | |
|---|---|---|---|---|---|---|---|---|---|
| 22-Apr-13 | | -1,606,533,652.00 | | 0.650% | 0.847500% | -37,840.08 | -870,208.05 | | |
| 23-Apr-13 | | -1,606,533,652.00 | | 0.650% | 0.847500% | -37,840.97 | -908,049.02 | | |
| 24-Apr-13 | | -1,606,533,652.00 | | 0.650% | 0.847500% | -37,841.86 | -945,890.88 | | |
| 25-Apr-13 | | -1,606,533,652.00 | | 0.650% | 0.847500% | -37,842.75 | -983,733.62 | | |
| 26-Apr-13 | | -1,606,533,652.00 | | 0.650% | 0.847500% | -37,843.64 | -1,021,577.26 | | |
| 27-Apr-13 | | -1,606,533,652.00 | | 0.650% | 0.847500% | -37,844.53 | -1,059,421.79 | | |
| 28-Apr-13 | | -1,606,533,652.00 | | 0.650% | 0.847500% | -37,845.42 | -1,097,267.21 | | |
| 29-Apr-13 | | -1,606,533,652.00 | | 0.650% | 0.847500% | -37,846.31 | -1,135,113.52 | | |
| 30-Apr-13 | | -1,606,533,652.00 | | 0.650% | 0.847500% | -37,847.20 | -1,172,960.73 | | |
| | | | | | | | -1,172,960.73 | | |

**FLSMIDTH & CO A/S**

| Date | Px | Starting Balance | CASH ORIG | Rate | Int | Sum | Mark | Daily MTM | |
|---|---|---|---|---|---|---|---|---|---|
| 11-Apr-13 | 337.50 | | -387,848,092.10 | 1.40000% | 14,798.35 | 14,798.35 | -387,848,092.10 | 375,975,000.00 | 11,873,092.10 | 0.7000% |
| 12-Apr-13 | 332.30 | -375,975,000.00 | | 1.40000% | 14,798.93 | 29,597.28 | -375,975,000.00 | 370,182,200.00 | 5,792,800.00 | 0.7000% |
| 13-Apr-13 | | | | 1.40000% | 14,799.51 | 44,396.79 | | | | 0.7000% |
| 14-Apr-13 | | | | 1.40000% | 14,800.08 | 59,196.87 | | | | 0.7000% |
| 15-Apr-13 | 323.90 | -370,182,200.00 | | 1.40000% | 14,800.66 | 73,997.53 | -370,182,200.00 | 360,824,600.00 | 9,357,600.00 | 0.7000% |
| 16-Apr-13 | 325.30 | -360,824,600.00 | | 1.40000% | 14,801.23 | 88,798.76 | -360,824,600.00 | 362,384,200.00 | -1,559,600.00 | 0.7000% |
| 17-Apr-13 | 321.00 | -362,384,200.00 | | 1.37500% | 14,537.49 | 103,336.25 | -362,384,200.00 | 357,594,000.00 | 4,790,200.00 | 0.6750% |
| 18-Apr-13 | 320.30 | -357,594,000.00 | | 1.35000% | 14,273.72 | 117,609.97 | -357,594,000.00 | 356,814,200.00 | 779,800.00 | 0.6500% |
| 19-Apr-13 | 324.90 | -356,814,200.00 | | 1.35000% | 14,274.25 | 131,884.22 | -356,814,200.00 | 361,938,600.00 | -5,124,400.00 | 0.6500% |
| 20-Apr-13 | | | | 1.35000% | 14,274.79 | 146,159.00 | | | | 0.6500% |
| 21-Apr-13 | | | | 1.35000% | 14,275.32 | 160,434.33 | | | | 0.6500% |
| 22-Apr-13 | 317.00 | -361,938,600.00 | | 1.35000% | 14,275.86 | 174,710.19 | -361,938,600.00 | 353,138,000.00 | 8,800,600.00 | 0.6500% |
| 23-Apr-13 | 327.00 | -353,138,000.00 | | 1.35000% | 14,276.39 | 188,986.58 | -353,138,000.00 | 364,278,000.00 | -11,140,000.00 | 0.6500% |
| 24-Apr-13 | 330.60 | -364,278,000.00 | | 1.35000% | 14,276.93 | 203,263.51 | -364,278,000.00 | 368,288,400.00 | -4,010,400.00 | 0.6500% |
| 25-Apr-13 | 334.00 | -368,288,400.00 | | 1.35000% | 14,277.46 | 217,540.97 | -368,288,400.00 | 372,076,000.00 | -3,787,600.00 | 0.6500% |
| 26-Apr-13 | | | | 1.35000% | 14,278.00 | 231,818.97 | | | | 0.6500% |
| 27-Apr-13 | | | | 1.35000% | 14,278.53 | 246,097.51 | | | | 0.6500% |
| 28-Apr-13 | | | | 1.35000% | 14,279.07 | 260,376.58 | | | | 0.6500% |
| 29-Apr-13 | 330.00 | -372,076,000.00 | | 1.35000% | 14,279.61 | 274,656.18 | -372,076,000.00 | 367,620,000.00 | 4,456,000.00 | 0.6500% |
| 30-Apr-13 | 329.30 | -367,620,000.00 | | 1.35000% | 14,280.14 | 288,936.32 | -367,620,000.00 | 366,840,200.00 | 779,800.00 | 0.6500% |
| | | | -387,848,092.10 | Interest Accrual | | 288,936.32 | | | 21,007,892.10 | |

| Date | Cash Loan Amount | | | Stock Lending Fee | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11-Apr-13 | -387,848,092.10 | 0.700% | 0.791500% | -8,527.27 | -8,527.27 | | | | |
| 12-Apr-13 | -387,848,092.10 | 0.700% | 0.791500% | -8,527.46 | -17,054.73 | | | | |
| 13-Apr-13 | -387,848,092.10 | 0.700% | 0.791500% | -8,527.65 | -25,582.38 | | | | |
| 14-Apr-13 | -387,848,092.10 | 0.700% | 0.791500% | -8,527.83 | -34,110.21 | | | | |
| 15-Apr-13 | -387,848,092.10 | 0.700% | 0.791500% | -8,528.02 | -42,638.23 | | | | |
| 16-Apr-13 | -387,848,092.10 | 0.700% | 0.791500% | -8,528.21 | -51,166.44 | | | | |
| 17-Apr-13 | -387,848,092.10 | 0.675% | 0.766500% | -8,259.02 | -59,425.46 | | | | |
| 18-Apr-13 | -387,848,092.10 | 0.650% | 0.741500% | -7,989.82 | -67,415.28 | | | | |
| 19-Apr-13 | -387,848,092.10 | 0.650% | 0.741500% | -7,989.98 | -75,405.26 | | | | |
| 20-Apr-13 | -387,848,092.10 | 0.650% | 0.741500% | -7,990.15 | -83,395.41 | | | | |
| 21-Apr-13 | -387,848,092.10 | 0.650% | 0.741500% | -7,990.31 | -91,385.72 | | | | |
| 22-Apr-13 | -387,848,092.10 | 0.650% | 0.741500% | -7,990.48 | -99,376.19 | | | | |
| 23-Apr-13 | -387,848,092.10 | 0.650% | 0.741500% | -7,990.64 | -107,366.83 | | | | |
| 24-Apr-13 | -387,848,092.10 | 0.650% | 0.741500% | -7,990.80 | -115,357.64 | | | | |
| 25-Apr-13 | -387,848,092.10 | 0.650% | 0.741500% | -7,990.97 | -123,348.61 | | | | |
| 26-Apr-13 | -387,848,092.10 | 0.650% | 0.741500% | -7,991.13 | -131,339.74 | | | | |
| 27-Apr-13 | -387,848,092.10 | 0.650% | 0.741500% | -7,991.30 | -139,331.04 | | | | |
| 28-Apr-13 | -387,848,092.10 | 0.650% | 0.741500% | -7,991.46 | -147,322.50 | | | | |
| 29-Apr-13 | -387,848,092.10 | 0.650% | 0.741500% | -7,991.63 | -155,314.13 | | | | |
| 30-Apr-13 | -387,848,092.10 | 0.650% | 0.741500% | -7,991.79 | -163,305.92 | | | | |
| | | | | | -163,305.92 | | | | |

**AP MOELLER-MAERSK A/S-B**

| Date | Px | Starting Balance | CASH ORIG | Rate | Int | Sum | Mark | Daily MTM | |
|---|---|---|---|---|---|---|---|---|---|
| 17-Apr-13 | 39,960.00 | | -1,681,690,625.00 | 1.40000% | 64,087.51 | 64,087.51 | -1,681,690,625.00 | 1,538,460,000.00 | 143,230,625.00 | 0.7000% |
| 18-Apr-13 | 40,320.00 | -1,538,460,000.00 | | 1.40000% | 64,090.01 | 128,177.52 | -1,538,460,000.00 | 1,552,320,000.00 | -13,860,000.00 | 0.7000% |
| 19-Apr-13 | 40,480.00 | -1,552,320,000.00 | | 1.40000% | 64,092.50 | 192,270.02 | -1,552,320,000.00 | 1,558,480,000.00 | -6,160,000.00 | 0.7000% |
| 20-Apr-13 | | | | 1.40000% | 64,094.99 | 256,365.01 | | | | 0.7000% |
| 21-Apr-13 | | | | 1.40000% | 64,097.48 | 320,462.49 | | | | 0.7000% |
| 22-Apr-13 | 40,880.00 | -1,558,480,000.00 | | 1.40000% | 64,099.98 | 384,562.47 | -1,558,480,000.00 | 1,573,880,000.00 | -15,400,000.00 | 0.7000% |
| 23-Apr-13 | 42,240.00 | -1,573,880,000.00 | | 1.37500% | 62,957.78 | 447,520.25 | -1,573,880,000.00 | 1,626,240,000.00 | -52,360,000.00 | 0.6750% |
| 24-Apr-13 | 41,880.00 | -1,626,240,000.00 | | 1.35000% | 61,815.46 | 509,335.70 | -1,626,240,000.00 | 1,612,380,000.00 | 13,860,000.00 | 0.6500% |
| 25-Apr-13 | 41,840.00 | -1,612,380,000.00 | | 1.35000% | 61,817.77 | 571,153.48 | -1,612,380,000.00 | 1,610,840,000.00 | 1,540,000.00 | 0.6500% |
| 26-Apr-13 | | | | 1.35000% | 61,820.09 | 632,973.57 | | | | 0.6500% |
| 27-Apr-13 | | | | 1.35000% | 61,822.41 | 694,795.98 | | | | 0.6500% |
| 28-Apr-13 | | | | 1.35000% | 61,824.73 | 756,620.71 | | | | 0.6500% |
| 29-Apr-13 | 40,680.00 | -1,610,840,000.00 | | 1.35000% | 61,827.05 | 818,447.75 | -1,610,840,000.00 | 1,566,180,000.00 | 44,660,000.00 | 0.6500% |
| 30-Apr-13 | 40,280.00 | -1,566,180,000.00 | | 1.35000% | 61,829.37 | 880,277.12 | -1,566,180,000.00 | 1,550,780,000.00 | 15,400,000.00 | 0.6500% |
| | | | -1,681,690,625.00 | Interest Accrual | | 880,277.12 | | | 130,910,625.00 | |

ELYSIUM-01744925

| Date | Cash Loan Amount | | | Stock Lending Fee | |
|---|---|---|---|---|---|
| 17-Apr-13 | -1,681,690,625.00 | 0.700% | 1.195500% | -55,846.14 | -55,846.14 |
| 18-Apr-13 | -1,681,690,625.00 | 0.700% | 1.195500% | -55,848.00 | -111,694.14 |
| 19-Apr-13 | -1,681,690,625.00 | 0.700% | 1.195500% | -55,849.85 | -167,543.99 |
| 20-Apr-13 | -1,681,690,625.00 | 0.700% | 1.195500% | -55,851.71 | -223,395.70 |
| 21-Apr-13 | -1,681,690,625.00 | 0.700% | 1.195500% | -55,853.56 | -279,249.26 |
| 22-Apr-13 | -1,681,690,625.00 | 0.700% | 1.195500% | -55,855.42 | -335,104.68 |
| 23-Apr-13 | -1,681,690,625.00 | 0.675% | 1.170500% | -54,689.20 | -389,793.87 |
| 24-Apr-13 | -1,681,690,625.00 | 0.650% | 1.145500% | -53,522.86 | -443,316.74 |
| 25-Apr-13 | -1,681,690,625.00 | 0.650% | 1.145500% | -53,524.57 | -496,841.31 |
| 26-Apr-13 | -1,681,690,625.00 | 0.650% | 1.145500% | -53,526.27 | -550,367.58 |
| 27-Apr-13 | -1,681,690,625.00 | 0.650% | 1.145500% | -53,527.97 | -603,895.55 |
| 28-Apr-13 | -1,681,690,625.00 | 0.650% | 1.145500% | -53,529.68 | -657,425.23 |
| 29-Apr-13 | -1,681,690,625.00 | 0.650% | 1.145500% | -53,531.38 | -710,956.61 |
| 30-Apr-13 | -1,681,690,625.00 | 0.650% | 1.145500% | -53,533.08 | -764,489.69 |
| | | | | | -764,489.69 |

**AP MOELLER-MAERSK A/S-A**

| Date | Px | Starting Balance | CASH ORIG | Rate | Int | Sum | Mark | Daily MTM | |
|---|---|---|---|---|---|---|---|---|---|
| 17-Apr-13 | 38,400.00 | | -687,985,182.00 | 1.40000% | 26,196.29 | 26,196.29 | -687,985,182.00 | 629,760,000.00 | 58,225,182.00 | 0.7000% |
| 18-Apr-13 | 38,660.00 | -629,760,000.00 | | 1.40000% | 26,197.30 | 52,393.59 | -629,760,000.00 | 634,024,000.00 | -4,264,000.00 | 0.7000% |
| 19-Apr-13 | 38,900.00 | -634,024,000.00 | | 1.40000% | 26,198.32 | 78,591.91 | -634,024,000.00 | 637,960,000.00 | -3,936,000.00 | 0.7000% |
| 20-Apr-13 | | | | 1.40000% | 26,199.34 | 104,791.26 | | | | 0.7000% |
| 21-Apr-13 | | | | 1.40000% | 26,200.36 | 130,991.62 | | | | 0.7000% |
| 22-Apr-13 | 39,400.00 | -637,960,000.00 | | 1.40000% | 26,201.38 | 157,193.00 | -637,960,000.00 | 646,160,000.00 | -8,200,000.00 | 0.7000% |
| 23-Apr-13 | 40,400.00 | -646,160,000.00 | | 1.37500% | 25,734.50 | 182,927.50 | -646,160,000.00 | 662,560,000.00 | -16,400,000.00 | 0.6750% |
| 24-Apr-13 | 39,960.00 | -662,560,000.00 | | 1.35000% | 25,267.56 | 208,195.06 | -662,560,000.00 | 655,344,000.00 | 7,216,000.00 | 0.6500% |
| 25-Apr-13 | 40,120.00 | -655,344,000.00 | | 1.35000% | 25,268.51 | 233,463.57 | -655,344,000.00 | 657,968,000.00 | -2,624,000.00 | 0.6500% |
| 26-Apr-13 | | | | 1.35000% | 25,269.46 | 258,733.03 | | | | 0.6500% |
| 27-Apr-13 | | | | 1.35000% | 25,270.41 | 284,003.44 | | | | 0.6500% |
| 28-Apr-13 | | | | 1.35000% | 25,271.35 | 309,274.79 | | | | 0.6500% |
| 29-Apr-13 | 38,800.00 | -657,968,000.00 | | 1.35000% | 25,272.30 | 334,547.10 | -657,968,000.00 | 636,320,000.00 | 21,648,000.00 | 0.6500% |
| 30-Apr-13 | 38,700.00 | -636,320,000.00 | | 1.35000% | 25,273.25 | 359,820.34 | -636,320,000.00 | 634,680,000.00 | 1,640,000.00 | 0.6500% |
| | | | -687,985,182.00 | Interest Accrual | 359,820.34 | | | 53,305,182.00 | |

| Date | Cash Loan Amount | | | Stock Lending Fee | |
|---|---|---|---|---|---|
| 17-Apr-13 | -687,985,182.00 | 0.700% | 1.195500% | -22,846.84 | -22,846.84 |
| 18-Apr-13 | -687,985,182.00 | 0.700% | 1.195500% | -22,847.60 | -45,694.44 |
| 19-Apr-13 | -687,985,182.00 | 0.700% | 1.195500% | -22,848.36 | -68,542.80 |
| 20-Apr-13 | -687,985,182.00 | 0.700% | 1.195500% | -22,849.12 | -91,391.92 |
| 21-Apr-13 | -687,985,182.00 | 0.700% | 1.195500% | -22,849.88 | -114,241.79 |
| 22-Apr-13 | -687,985,182.00 | 0.700% | 1.195500% | -22,850.64 | -137,092.43 |
| 23-Apr-13 | -687,985,182.00 | 0.675% | 1.170500% | -22,373.53 | -159,465.96 |
| 24-Apr-13 | -687,985,182.00 | 0.650% | 1.145500% | -21,896.38 | -181,362.34 |
| 25-Apr-13 | -687,985,182.00 | 0.650% | 1.145500% | -21,897.08 | -203,259.42 |
| 26-Apr-13 | -687,985,182.00 | 0.650% | 1.145500% | -21,897.77 | -225,157.19 |
| 27-Apr-13 | -687,985,182.00 | 0.650% | 1.145500% | -21,898.47 | -247,055.66 |
| 28-Apr-13 | -687,985,182.00 | 0.650% | 1.145500% | -21,899.17 | -268,954.83 |
| 29-Apr-13 | -687,985,182.00 | 0.650% | 1.145500% | -21,899.86 | -290,854.69 |
| 30-Apr-13 | -687,985,182.00 | 0.650% | 1.145500% | -21,900.56 | -312,755.25 |
| | | | | | -312,755.25 |

**TRYG A/S**

| Date | Px | Starting Balance | CASH ORIG | Rate | Int | Sum | Mark | Daily MTM | |
|---|---|---|---|---|---|---|---|---|---|
| 24-Apr-13 | 471.70 | | -285,188,013.50 | 1.35000% | 10,271.06 | 10,271.06 | -285,188,013.50 | 280,661,500.00 | 4,526,513.50 | 0.6500% |
| 25-Apr-13 | 473.70 | -280,661,500.00 | | 1.35000% | 10,271.44 | 20,542.50 | -280,661,500.00 | 281,851,500.00 | -1,190,000.00 | 0.6500% |
| 26-Apr-13 | | | | 1.35000% | 10,271.83 | 30,814.33 | | | | 0.6500% |
| 27-Apr-13 | | | | 1.35000% | 10,272.21 | 41,086.55 | | | | 0.6500% |
| 28-Apr-13 | | | | 1.35000% | 10,272.60 | 51,359.15 | | | | 0.6500% |
| 29-Apr-13 | 473.00 | -281,851,500.00 | | 1.35000% | 10,272.99 | 61,632.13 | -281,851,500.00 | 281,435,000.00 | 416,500.00 | 0.6500% |
| 30-Apr-13 | 490.20 | -281,435,000.00 | | 1.35000% | 10,273.37 | 71,905.50 | -281,435,000.00 | 291,669,000.00 | -10,234,000.00 | 0.6500% |
| | | | -285,188,013.50 | Interest Accrual | 71,905.50 | | | -6,480,986.50 | |

| Date | Cash Loan Amount | | | Stock Lending Fee | |
|---|---|---|---|---|---|
| 24-Apr-13 | -285,188,013.50 | 0.650% | 0.940330% | -7,449.19 | -7,449.19 |
| 25-Apr-13 | -285,188,013.50 | 0.650% | 0.940330% | -7,449.38 | -14,898.57 |
| 26-Apr-13 | -285,188,013.50 | 0.650% | 0.940330% | -7,449.58 | -22,348.15 |
| 27-Apr-13 | -285,188,013.50 | 0.650% | 0.940330% | -7,449.77 | -29,797.93 |
| 28-Apr-13 | -285,188,013.50 | 0.650% | 0.940330% | -7,449.97 | -37,247.90 |
| 29-Apr-13 | -285,188,013.50 | 0.650% | 0.940330% | -7,450.16 | -44,698.06 |
| 30-Apr-13 | -285,188,013.50 | 0.650% | 0.940330% | -7,450.36 | -52,148.42 |
| | | | | | -52,148.42 |