# Exhibit 41

Confidential - Subject to The Protective Order
Richard Markowitz - April 8, 2021

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2               CASE NO.  18-MD-2865 (LAK)

 3
       _____
                                              )
 4     IN RE:                                 )
                                              )
 5     CUSTOMS AND TAX ADMINISTRATION OF      )
       THE KINGDOM OF DENMARK                 )
 6     (SKATTEFORVALTNINGEN) TAX REFUND       )
       SCHEME LITIGATION                      )
 7                                            )
       This document relates to case nos.     )
 8     19-cv-01783; 19-cv-01788; 19-cv-01794; )
       19-cv-01798; 19-cv-01918               )
 9     _____)

10

11

12             C O N F I D E N T I A L

13          SUBJECT TO THE PROTECTIVE ORDER

14

15

16     REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

17                   EXAMINATION OF

18                 RICHARD MARKOWITZ

19                DATE: April 8, 2021

20

21

22

23

24

25          REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

Confidential — Subject to The Protective Order
Richard Markowitz — April 8, 2021

Page 13

```
 1        R I C H A R D   M A R K O W I T Z,

 2             called as a witness, having been first

 3      duly sworn according to law, testifies as follows:

 4

 5

 6

 7      EXAMINATION BY MR. WEINSTEIN:

 8             Q    Good morning, Mr. Markowitz.

 9                  MR. BONGIORNO:  Marc, before we get

10             going, I just wanted to mention that

11             Mr. Markowitz is diabetic and we're

12             going to have to just keep a close eye

13             on his levels.  So every, I don't know,

14             45, 50, 55 minutes or so, we're just

15             going to ask that he check it, see

16             whether or not he needs a break or a

17             snack or anything.  But I didn't want

18             to -- I'm obviously trying to do it in a

19             way that doesn't interrupt the flow of

20             the deposition.  I just wanted to let

21             you know.

22                  MR. WEINSTEIN:  Right.  Thank you.

23             I appreciate that, and we'll accommodate

24             any needs there.

25             Q    Mr. Markowitz, my name is Marc
```

Confidential — Subject to The Protective Order
Richard Markowitz — April 8, 2021

Page 137

```
 1              And ultimately they didn't find you

 2     another leverage provider?

 3              MR. BONGIORNO:  Objection.

 4         A    I disagree with the premise of your

 5     question.

 6         Q    Okay.  Ultimately, were they able

 7     to provide -- to find another leverage

 8     provider?

 9         A    No.

10         Q    Can you turn, please, to

11     Exhibit 2116?

12              MR. WEINSTEIN:  Mark this as 2116.

13              (Whereupon the above mentioned was

14         marked for Identification.)

15              MR. BONGIORNO:  Marc, maybe after

16         you finish with this one, we can take

17         our next break?

18              MR. WEINSTEIN:  Yeah.

19         Q    So Mr. Shah sends you an e-mail in

20     April of 2012 asking if you have a pension

21     fund in the U.S. that can be used for trading

22     equities and derivatives.

23              Do you recall receiving that from

24     him?

25         A    Yes.
```

Confidential — Subject to The Protective Order
Richard Markowitz — April 8, 2021

Page 138

```
 1          Q     At the time that you got it, did
 2     you have a pension fund in the U.S. that
 3     could be used for trading equities and
 4     derivatives?
 5          A     I don't recall.
 6          Q     Okay.  Did you understand that this
 7     question was in the context of dividend --
 8     the dividend arbitrage strategy?
 9          A     Yes.
10          Q     Do you recall what your response
11     was to Mr. Shah?
12          A     No.
13          Q     Did you end up setting up a pension
14     fund in the U.S. to be used for trading
15     equities or derivatives as part of a dividend
16     arbitrage strategy?
17          A     Yes.
18          Q     Okay.  And what pension plans did
19     you set up to be used for that purpose?
20          A     RJM Capital Pension Plan, among
21     others.
22          Q     When was RJM Capital Pension Plan
23     established?
24          A     Sometime in 2013.
25          Q     Okay.  Did -- along with your
```

Confidential — Subject to The Protective Order
Richard Markowitz — April 8, 2021

Page 173

```
1      brokers were going to go find the liquidity

2      for these trades in the marketplace?

3           A    From sellers of shares.

4           Q    Okay.  Where did you expect they

5      were going to find these sellers?

6           A     In all the dividend arbitrage

7      strategies we had looked at and participated

8      in, that was up to the brokers to find that

9      liquidity, given the economics of the trade

10     and the advantage of dividend arbitrage.

11               As I said, profitability could be

12     shared.  The sellers could have been other

13     investors who were not entitled to the tax

14     benefits.  They could have been short

15     sellers, long sellers.

16               So the source of the stock was up

17     to the brokers and the sellers to obtain

18     based on market liquidity.

19          Q    Okay.  And was it your

20     understanding that the sellers in each case

21     would be executing on the Solo platform?

22          A     We were informed by Solo that other

23     counterparty to the trade would likely be

24     customers of Solo as well.

25          Q    Okay.  And is that -- that's true
```

Confidential — Subject to The Protective Order
Richard Markowitz — April 8, 2021

Page 174

```
1       for the sellers of the shares?

2            A    Yes.

3            Q    Okay.  And so was it your

4       understanding that the sellers of the shares

5       were going to be customers of Solo?

6            A    Yes.

7            Q    Was that also true for the forward

8       or future counterparties?

9            A    Yes and no.

10           Q    Yeah, let me withdraw that.

11                Was that going to be true with

12      respect to the forward counterparties?

13           A    Yes.

14           Q    Okay.  Was that also going to be

15      true with respect to the stock lending

16      counterparties?

17           A    Yes.

18           Q    Okay.  And so, when you say the

19      brokers were going to go out into the market,

20      the market that they were going to go into

21      was the Solo customer list.

22                Correct?

23           A    Again, they could have gone to the

24      Solo customers or other customers if they

25      wanted to.  There was no limit placed.
```

Confidential - Subject to The Protective Order
Richard Markowitz - April 8, 2021

```
1       plan get the seller his or her 50 percent

2       profit on the deal?

3            A     Again, the plan didn't pay the

4       money to the seller.  The plan paid the money

5       or a fee, as was previously negotiated, to a

6       company called Ganymede Investments, I

7       believe, and would have received an invoice

8       for that.

9                 And it was up to Ganymede to

10      distribute those funds, if needed, to other

11      counterparties.

12           Q     What was Ganymede?

13           A     A company.

14           Q     Okay.  Was it a company that you

15      had ever heard of prior to starting this

16      dividend arbitrage trading strategy with Solo

17      Capital?

18           A     No.

19           Q     Okay.  Did you do any due diligence

20      on Ganymede prior to doing any transactions

21      with it?

22           A     Patriot Act, AML, and basic

23      information on the owners of the company.

24           Q     Okay.  What information did you

25      obtain on the owners of the company,
```

Confidential – Subject to The Protective Order
Richard Markowitz – April 8, 2021

Page 201

```
 1     Ganymede?
 2          A     I believe it was owned by Sanjay
 3     Shah.
 4          Q     Okay.   And so Mr. Shah told you
 5     that?
 6          A     We might have received corporate
 7     documents that -- from wherever the company
 8     was incorporated that showed that.
 9          Q     Okay.   Do you know if you actually
10     did that, or did you just hear from Mr. Shah
11     that he owned it?
12          A     I don't recall which one it was at
13     this point.
14          Q     Okay.   What -- did Ganymede provide
15     services to any of the pension plans that you
16     were affiliated with?
17          A     The services would have been
18     assistance in the overall transaction, I
19     think, from our perspective, as I explained,
20     the amount of sharing of profit from the
21     trades and fees to Solo, similar to the
22     Merrill Lynch trade.  Those would be paid to
23     an entity designated by Solo.
24                And they designated Ganymede, and
25     it was up to that entity and Solo to decide
```

Confidential - Subject to The Protective Order
Richard Markowitz - April 8, 2021

Page 202

```
 1     how those fees would be parceled out.  But it

 2     was part of the overall construction of the

 3     trade.

 4          Q    Okay.  Other than facilitating

 5     getting the money to the right places, did

 6     Ganymede, the entity, provide services to the

 7     pension plans?

 8          A    I viewed Ganymede and Solo and

 9     Sanjay Shah as one entity.  So yes, in my

10     belief, there were significant services

11     provided in developing and becoming a

12     custodian at Solo Capital, and hiring all the

13     staff necessary to allow the custodian to

14     function, and to allow our pension plans or

15     other pension plans to execute these trades.

16          Q    Okay.  So you viewed Solo Capital

17     and Ganymede as interchangeable?

18          A    Yes.

19          Q    Okay.  And do you -- did you have

20     an understanding as to why you got an

21     instruction from Mr. Shah to use the Ganymede

22     entity on certain occasions as opposed to the

23     Solo Capital entity?

24          A    No.

25          Q    Okay.  Solo Capital had operations
```

Confidential - Subject to The Protective Order
Richard Markowitz - April 8, 2021

Page 211

```
 1      to this agreement, you were agreeing to pay

 2      Ganymede 66.67 percent -- I'm not even sure I

 3      said that right.

 4              Pursuant to this agreement, you

 5      were agreeing to pay Ganymede 66.67 percent

 6      of that refund amount that's in the schedule,

 7      but minus the Acupay fee.

 8              Correct?

 9      A    My understanding was that the

10      pension plan was entitled to 50 percent, the

11      other 50 to the seller, and we would pay to

12      Solo or its designee a 34 percent fee similar

13      to the arrangements we had at Broadgate.

14              The net result to the pension plan

15      is to retain approximately 34 percent of the

16      reclaim.  That's our understanding of any

17      fees that were paid.

18              It starts with a 50/50 split with

19      the seller.

20      Q    Okay.  I'm just asking what -- what

21      this agreement says.  And the agreement that

22      you signed with Ganymede was that the plan

23      would pay Ganymede 66.67 percent of that

24      refund amount in schedule -- in the schedule,

25      except that deducted from that refund amount
```

1                  UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF NEW YORK
2                    CASE NO.  18-MD-2865 (LAK)

3      _____
                                              )
4      IN RE:                                 )
                                              )
5      CUSTOMS AND TAX ADMINISTRATION OF      )
       THE KINGDOM OF DENMARK                 )
6      (SKATTEFORVALTNINGEN) TAX REFUND       )
       SCHEME LITIGATION                      )
7                                             )
       This document relates to case nos.     )
8      19-cv-01783; 19-cv-01788; 19-cv-01794; )
       19-cv-01798; 19-cv-01918               )
9      _____)

10

11

12                  C O N F I D E N T I A L

13            SUBJECT TO THE PROTECTIVE ORDER

14

15

16     CONTINUED REMOTE VTC VIDEOTAPED DEPOSITION UNDER

17                   ORAL EXAMINATION OF

18                    RICHARD MARKOWITZ

19                       VOLUME II

20                   DATE: April 9, 2021

21

22

23

24

25          REPORTED BY:  MICHAEL FRIEDMAN, CCR

Confidential — Subject to The Protective Order
Richard Markowitz — April 9, 2021

Page 317

```
 1        R I C H A R D   M A R K O W I T Z,

 2              called as a witness, having been first

 3     duly sworn according to law, testifies as follows:

 4
       CONTINUED EXAMINATION BY MR. WEINSTEIN:
 5

 6        Q    Mr. Markowitz, if you can turn to

 7     Exhibit 2133, please?

 8              Did each of the partnerships listed

 9     in this exhibit earn profits from the Danish

10     dividend arbitrage strategy?

11        A    (Witness reviewing.)

12              MR. BONGIORNO:  Objection.

13        A    I don't recall.

14        Q    Did the partnerships earn profits

15     from any other investing activity other than

16     the Danish dividend arbitrage strategy?

17        A    Yes.

18        Q    What other investment strategies

19     did these partnerships earn money from?

20        A    Dividend arbitrage investments.

21        Q    So their profits were generated

22     entirely by dividend arbitrage strategies?

23        A    Yes.

24        Q    Did those strategies involve

25     Denmark and Belgium?
```

Confidential — Subject to The Protective Order
Richard Markowitz — April 9, 2021

Page 354

```
 1     can establish pension plans to participate in

 2     the dividend arbitrage strategy?

 3         A    No.

 4         Q    Okay.  So you had thoughts that you

 5     would do business using the LLCs.

 6              Right?

 7         A    That is certainly one function of

 8     those LLCs.

 9         Q    Okay.  And how many LLCs were you

10     intending to have set up?

11         A    At the time, in discussions with

12     Solo Capital about market liquidity and

13     capacity, and to spread that liquidity in our

14     allocation among our allocation of the market

15     liquidity among clients, I think we were

16     intending somewhere between 30 and 40 pension

17     plans would be established.

18         Q    Okay.  But the number of pension

19     plans and LLCs that would be set up were

20     based on what Sanjay Shah and Solo told you

21     would be a market allocation for the dividend

22     arbitrage strategy?

23         A    No.  The overall allocation would

24     be indicated to us or forecasted.  It was up

25     to us to decide if we wanted to spread that
```

Confidential - Subject to The Protective Order
Richard Markowitz - April 9, 2021

Page 369

```
1      opportunity to two additional individuals.
2           Q    Okay.  And those are Ms. Jones and
3      Mr. Herman?
4           A    Yes.
5           Q    Okay.  And they are related to you?
6                MR. BONGIORNO:  Objection.
7           A    Yes.
8           Q    So after Mr. -- after Solo Capital
9      informed you that there was additional
10     capacity for the trading, LLCs and pension
11     plans were set up for Ms. Jones and
12     Mr. Herman?
13          A    Yes.
14          Q    And did they each have three LLCs
15     and pension plans set up?
16          A    Yes.
17          Q    Okay.  So, ultimately, there was a
18     group of 40 plans that were trading using
19     this strategy.
20               Is that right?
21          A    Yes.
22          Q    Were -- three of the new plans that
23     were set up were set up on your behalf.
24               Is that right?
25          A    Yes.
```

Confidential - Subject to The Protective Order
Richard Markowitz - April 9, 2021

Page 379

```
 1      that role?

 2           A    I don't recall.

 3           Q    Well, did Mr. Ben-Jacob -- well,

 4      withdrawn.

 5                Did Kaye Scholer assist with the

 6      establishment of the new LLCs and pension

 7      plans?

 8           A    Yes.

 9           Q    Okay.  And was that true for all 40

10      of the new LLCs and pension plans?

11           A    No.

12           Q    And not all of them were new.

13                Is that correct?

14           A    Yes.

15           Q    Okay.  So, of the 40 LLCs and

16      pension plans, for those that were newly

17      established in 2014, did Kaye Scholer assist

18      in establishing them?

19           A    Yes.

20           Q    Was it your understanding that each

21      of the plan participants for those new

22      pension plans signed a similar limited power

23      of attorney granting Mr. Ben-Jacob the power

24      to do the same things?

25           A    I don't recall.
```

Confidential — Subject to The Protective Order
Richard Markowitz — April 9, 2021

Page 451

```
 1          A     We received advice that explained

 2      the issues surrounding that related to a

 3      different jurisdiction in Denmark, and that

 4      it created additional tax risk for the

 5      pension plans.

 6          Q     Okay.  Can you turn, please, to

 7      Exhibit 1829?

 8              MR. BONGIORNO:  Day 1, Volume 1.

 9          Q     This e-mail from you is about

10      Danish reclaim payments received from Syntax.

11              Is that right?

12          A     Yes.

13          Q     And you say in the e-mail that "the

14      amounts on the spreadsheet were sent to each

15      plan's respective custodian, and then

16      75 percent of the gross reclaim was paid out

17      to Ganymede."

18              And in 2015, why was 75 percent of

19      the gross reclaim paid out to Ganymede?

20          A     In late 2014, after the partners of

21      Argre decided not to work together, we

22      weren't sure we would be able to continue

23      doing business with Solo Capital or its

24      related entities.

25              And as I mentioned, two of my
```

Confidential - Subject to The Protective Order
Richard Markowitz - April 9, 2021

Page 452

1       former partners, Mr. Stein and Mr. Lhote, had

2       decided to go off and do business on their

3       own.  And they had acquired North Channel

4       Bank, got authorizations to have it act as a

5       custodian, had decided to work with former

6       employees of Solo, and were going to be

7       effectively competing in this dividend

8       arbitrage marketplace.

9              So with respect to Solo Capital,

10      where Mr. Van Merkensteijn and myself, and

11      ultimately Mr. Klugman, preferred to continue

12      our relationship and client business, we had

13      discussions that initially were tense because

14      Mr. Shah thought that Mr. Van Merkensteijn

15      and myself were investors in the bank, aware

16      of the developments, were going to be

17      competing.

18             And we assured them that that was

19      farthest from the truth.  We had no

20      relationship with that, we're not aware of

21      it, or became aware of it at the time that

22      Argre Management effectively dissolved.

23             And Mr. Shah said that he would

24      consider allowing us to participate as

25      customers and clients with different

Confidential - Subject to The Protective Order
Richard Markowitz - April 9, 2021

Page 453

```
 1        entities, those that were no longer

 2        affiliated with or related to Mr. Stein

 3        and -- Mr. Stein and Mr. Lhote, and the

 4        economics would most likely change because

 5        there would be additional competitors in the

 6        marketplace, North Channel Bank, the ability

 7        to get liquidity in shares would be impacted,

 8        and that we would be -- the pension plans

 9        would be receiving a lower percentage based

10        on the market pricing and the fees paid to

11        the other counterparties.

12               And that became 66 percent to

13        75 percent that would be paid away by the

14        pension plans because of this market

15        development, and perhaps Mr. Shah being upset

16        and associating Mr. Van Merkensteijn and

17        myself with the actions of my former

18        partners.

19           Q    So, in this particular case, adding

20        competitors into the market actually drove up

21        the fee as opposed to the additional

22        competitors usually driving a fee down?

23           A    No.  Additional competitors in the

24        marketplace drive up the cost of borrowing

25        shares if it's a stock lending transaction,
```