# Exhibit 23



**KAYE | SCHOLER** LLP

250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    John H. van Merkensteijn, III                                April 14, 2015
       60 Riverside Blvd.                                        (Revised May 6, 2015)
       Apt. 2101
       New York, New York 10069
       jhvm@argremgt.com; pa.steph.nyc@gmail.com

**RE:** Ex-Dividend Trades                                **Invoice#:** 794632
**Our File Number:**63393/0009                          **PAGE:**    11

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2015

| Date | Timekeeper / Description | Hours |
|------|-------------------------|-------|
| 02/02/2015 | Gregory, Amy<br>Department related billable work, continued completing electronic on-boarding applications for trading partnerships for each Roth 401k plan. | 7.00 |
| 02/02/2015 | Veillette, Rebecca<br>Attention to administration matters.  Interoffice emails regarding same. Form new Delaware LLC. | 1.05 |
| 02/03/2015 | Wells, Peter B<br>Attention to matters related to brokerage arrangements. | 1.20 |
| 02/03/2015 | Gregory, Amy<br>Department related billable work , complete electronic on-boarding applications for trading partnerships for each Roth 401K Plan. | 2.00 |
| 02/04/2015 | Wells, Peter B<br>Attention to matters with new brokers. | 0.75 |
| 02/04/2015 | Gregory, Amy<br>Department related billable work, continued completing electronic on-boarding applications for trading partnerships for each roth 401k plan. | 7.00 |
| 02/04/2015 | Veillette, Rebecca<br>Attention to administration matters and documents regarding pension plans. | 2.30 |
| 02/05/2015 | Wells, Peter B<br>Attention to broker matters and issues related to reclaims. | 1.10 |
| 02/05/2015 | Gregory, Amy<br>Department related billable work, continued completing electronic on-boarding applications for trading partnerships for each Roth 401k plan. | 7.00 |
| 02/05/2015 | Veillette, Rebecca<br>Attention to administration matters regarding pension plans. | 1.20 |

CONFIDENTIAL

# KAYE | SCHOLER LLP

TO:    John H. van Merkensteijn, III                                    April 14, 2015

**RE:** Ex-Dividend Trades                                         **Invoice#:** 794632
**Our File Number:** 63393/0009                                    **PAGE:**    12

| | | |
|---|---|---|
| 02/06/2015 | Wells, Peter B | 2.00 |
| | Attention to issues related to plans and new brokers. | |
| 02/06/2015 | Gregory, Amy | 7.00 |
| | Department related billable work, continued completing electronic on-boarding applications for trading partnerships for each Roth 401k plan. | |
| 02/09/2015 | Wells, Peter B | 1.50 |
| | Attention to issues related to new brokers and lending agreements. | |
| 02/09/2015 | Gregory, Amy | 7.00 |
| | Department related billable work, continued completing electronic on-boarding applications for trading partnerships for each Roth 401k plan. | |
| 02/10/2015 | Wells, Peter B | 1.20 |
| | Attention to issues related to brokers and securities lending agreements. | |
| 02/10/2015 | Gregory, Amy | 5.00 |
| | Department related billable work, continued completing electronic on-boarding applications for trading partnerships for each Roth 401k plan. | |
| 02/11/2015 | Wells, Peter B | 1.00 |
| | Attention to various plan matters. | |
| 02/11/2015 | Gregory, Amy | 7.00 |
| | Department related billable work, continued completing electronic on-boarding applications for trading partnerships for each Roth 401k plan. | |
| 02/12/2015 | Wells, Peter B | 1.00 |
| | Attention to reclaim matters and Form 6166 issues. Calls with the IRS re the same. | |
| 02/12/2015 | Gregory, Amy | 7.00 |
| | Department related billable work, continued completing electronic on-boarding applications for trading partnerships for each Roth 401k plan. | |
| 02/13/2015 | Wells, Peter B | 1.50 |
| | Work on issues related to reclaim matters. | |
| 02/13/2015 | Gregory, Amy | 7.00 |
| | Department related billable work, continued completing electronic on-boarding applications for trading partnerships for each Roth 401k plan. | |

CONFIDENTIAL                                    WH_MDL_00355705

**KAYE | SCHOLER** LLP

TO:    John H. van Merkensteijn, III                                          April 14, 2015

**RE:** Ex-Dividend Trades                                          **Invoice#:** 794632
**Our File Number:** 63393/0009                              **PAGE:**    13

| | | |
|---|---|---|
| 02/17/2015 | Gregory, Amy | 7.00 |
| | Attention Administration: Performed maintenance on the Roth Plan files. Up loaded new partnership agreements electronically and preparing hard copies for record storage. | |
| 02/17/2015 | Veillette, Rebecca | 1.05 |
| | Attention to administration matters regarding pension plans. | |
| 02/18/2015 | Gregory, Amy | 7.00 |
| | Attention Administration: Performed maintenance on the Roth Plan files. Up loaded new partnership agreements electronically and preparing hard copies for record storage. | |
| 02/18/2015 | Veillette, Rebecca | 2.45 |
| | Attention to administration matters regarding pension plans. | |
| 02/19/2015 | Ben-Jacob, Michael | 0.67 |
| | Attention to documents needed for new plans. | |
| 02/19/2015 | Wells, Peter B | 1.00 |
| | Attention to various trading matters. | |
| 02/19/2015 | Golub, Elizabeth | 1.50 |
| | Attention to administrative matters. | |
| 02/19/2015 | Gregory, Amy | 7.00 |
| | Attention Administration: Performed maintenance on the Roth Plan files. Up loaded new partnership agreements electronically and preparing hard copies for record storage. | |
| 02/19/2015 | Veillette, Rebecca | 1.20 |
| | Attention to administration matters. | |
| 02/20/2015 | Wells, Peter B | 6.00 |
| | Attention to various issues related to trading matters. Emails and correspondence re the same. | |
| 02/20/2015 | Hans, Brian D | 0.75 |
| | Coordinate signing of documents for P Wells. | |
| 02/20/2015 | Gregory, Amy | 7.00 |
| | Attention Administration: Performed maintenance on the Roth Plan files. Up loaded new partnership agreements electronically and preparing hard copies for record storage. | |
| 02/20/2015 | Veillette, Rebecca | 2.15 |
| | Attention to administration matters. | |

# KAYE|SCHOLER LLP

TO:    John H. van Merkensteijn, III                                    April 14, 2015

**RE:** Ex-Dividend Trades                                             **Invoice#:** 794632
**Our File Number:** 63393/0009                                        **PAGE:**    14

| Date | Name / Description | Hours |
|---|---|---|
| 02/21/2015 | Wells, Peter B | 2.00 |
| | Attention to various issues related to trading matters. | |
| 02/23/2015 | Wells, Peter B | 1.00 |
| | Attention to trading matters. Call with Solo re the same. | |
| 02/23/2015 | Gregory, Amy | 7.00 |
| | Attention Administration: upload electronic copies of partnership agreements with Trance Services, Treehurst and Principle Markets to client file on iManage. Insert original signature pages with the original documents and prepped for storage in records. | |
| 02/23/2015 | Veillette, Rebecca | 1.05 |
| | Attention to administration matters. | |
| 02/24/2015 | Wells, Peter B | 0.75 |
| | Work on trading matters and reclaim issues. | |
| 02/24/2015 | Gregory, Amy | 7.00 |
| | Attention Administration: upload electronic copies of partnership agreements with Trance Services, Treehurst and Principle Markets to client file on iManage. Insert original signature pages with the original documents and prepped for storage in records. | |
| 02/24/2015 | Veillette, Rebecca | 1.20 |
| | Attention to administration matters. | |
| 02/25/2015 | Wells, Peter B | 3.50 |
| | Work on trading matters and issues related to reclaim issues. | |
| 02/25/2015 | Gregory, Amy | 3.00 |
| | Attention Administration: performed maintenance on client files in iManage, making sure all documents are executed and up loaded, in preparation for new partnership agreements. | |
| 02/25/2015 | Veillette, Rebecca | 1.45 |
| | Attention to administrative matters. | |

CONFIDENTIAL

# KAYE|SCHOLER LLP

TO:    John H. van Merkensteijn, III                                              April 14, 2015

**RE:** Ex-Dividend Trades                                                **Invoice#:** 794632
**Our File Number:** 63393/0009                                          **PAGE:**    15

| | | |
|---|---|---|
| 02/26/2015 | Wells, Peter B | 2.50 |
| | Attention to issues related to broker on-boarding and reclaim matters. | |
| 02/26/2015 | Allen, Kelsey | 4.75 |
| | Filled out and completed Sapien Customer Information and Tax forms. | |
| 02/26/2015 | Ford, Catherine | 4.75 |
| | Completing documents for Sapien - Customer information and disclosure forms - Non-Retail clients. | |
| 02/26/2015 | Gregory, Amy | 7.00 |
| | Attention to administration: Complete new on-boarding questionnaires and partnership agreements for 140 Roth 401(K) plans. | |
| 02/26/2015 | Veillette, Rebecca | 2.15 |
| | Attention to administration matters. | |
| 02/27/2015 | Wells, Peter B | 1.90 |
| | Attention to issues related to brokers and reclaim matters. | |
| 02/27/2015 | Allen, Kelsey | 4.75 |
| | Completed Customer information and tax forms; Reviewed forms; Assembled final PDF documents; Scanned signature pages. | |
| 02/27/2015 | Ford, Catherine | 4.75 |
| | Completing documents for Sapien - Customer Information and disclosure forms. | |
| 02/27/2015 | Gregory, Amy | 7.00 |
| | Attention to administration: Complete new on-boarding questionnaires and partnership agreements for 140 Roth 401(K) plans. | |
| 02/27/2015 | Veillette, Rebecca | 0.50 |
| | Attention to administration matters. | |

Total Hours.................    191.57

Fees through 02/28/2015....................................    $52,533.70

CONFIDENTIAL                                                                 WH_MDL_00355708

# KAYE | SCHOLER LLP

TO:   John H. van Merkensteijn, III                                              April 14, 2015

**RE:** Ex-Dividend Trades                                              **Invoice#:** 794632
**Our File Number:** 63393/0009                                              **PAGE:**   16

\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $810.00 | 0.67 | $542.70 |
| Wells, Peter B | 715.00 | 29.90 | 21,378.50 |
| Hans, Brian D | 605.00 | 0.75 | 453.75 |
| Allen, Kelsey | 170.00 | 9.50 | 1,615.00 |
| Ford, Catherine | 170.00 | 9.50 | 1,615.00 |
| Golub, Elizabeth | 280.00 | 1.50 | 420.00 |
| Gregory, Amy | 170.00 | 122.00 | 20,740.00 |
| Veillette, Rebecca | 325.00 | 17.75 | 5,768.75 |
| Fees through 02/28/2015.............. | | 191.57 | $52,533.70 |

\*-----------------------COSTS ADVANCED THROUGH 02/28/2015-----------------------\*

| | |
|---|---|
| Duplicating | $512.40 |
| Transportation | 233.44 |
| Corp. Filings & Searches | 379.00 |
| Messengers/Courier | 191.77 |
| Conference & Legal Staff/Travel Working Meals | 25.59 |
| Total Costs through 02/28/2015......................... | $1,342.20 |

**CONFIDENTIAL**                                              **WH_MDL_00355709**

KAYE | SCHOLER LLP

TO:    John H. van Merkensteijn, III                                April 14, 2015

**RE:** Ex-Dividend Trades                                **Invoice#:** 794632
**Our File Number:** 63393/0009                            **PAGE:**    17

For Payor: Markowitz, Richard (40559)
   *--------------------------------OUTSTANDING BALANCE--------------------------------*

| Invoice# | Date | Amount |
|----------|------|--------|
| Prior Balance Due........................................................................... | | $0.00 |
| | | |
| Fees this Invoice.......................................................................... | | $17,336.12 |
| Costs this Invoice......................................................................... | | $442.92 |
| | | |
| Total Due this Invoice................................................................ | | $17,779.04 |

IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).

CONFIDENTIAL                                                **WH_MDL_00355710**

# KAYE | SCHOLER LLP

TO:    John H. van Merkensteijn, III                                April 14, 2015

**RE:** Ex-Dividend Trades                                          **Invoice#:** 794632
**Our File Number:** 63393/0009                                     **PAGE:**    19

For Payor: Stor Capital Consulting LLC (77694)
   *--------------------------------OUTSTANDING BALANCE--------------------------------*

| Invoice# | Date | Amount |
|----------|------|--------|
| 794116 | 03/20/2015 | $25,065.66 |
| 794118 | 03/20/2015 | 6,557.44 |
| Prior Balance Due............................................... | | $31,623.10 |
| Fees this Invoice................................................ | | $17,336.12 |
| Costs this Invoice............................................... | | $442.92 |
| Total Due this Invoice......................................... | | $17,779.04 |
| Prior Balance Due (from above)........................... | | 31,623.10 |
| TOTAL DUE....................................................... | | $49,402.14 |

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL**                                        **WH_MDL_00355711**

**KAYE｜SCHOLER** LLP

TO:     John H. van Merkensteijn, III                                        April 14, 2015

**RE:** Ex-Dividend Trades                                      **Invoice#:** 794632
**Our File Number:** 63393/0009                                      **PAGE:**    18

**For Payor: van Merkensteijn, John H., III (63393)**

Fees thisInvoice................................................................     $17,861.46

**Costs this Invoice**.............................................................      $456.36

**Total this Invoice**.............................................................     $18,317.82

Less Adjustment...............................................................     ($538.78)

**Total Due This Invoice**.....................................................     $17,779.04

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL**                                                           **WH_MDL_00355712**

**KAYE | SCHOLER LLP**

TO:    John H. van Merkensteijn, III                                    April 14, 2015

**RE:** Ex-Dividend Trades                                      **Invoice#:** 794632
**Our File Number:** 63393/0009                                  **PAGE:**    20



250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
                   Mail Code 81
                   P. O. Box 11839
                   Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: van Merkensteijn, John H., III
      Our File Number: 63393/0009
      Invoice Number: 794632
      Total Amount Due: $17,779.04

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

CONFIDENTIAL                                                    **WH_MDL_00355713**