# Exhibit 80

# Arnold & Porter Kaye Scholer LLP

## Bill and Payment Summary

*(Amounts in Transaction Currency)*

| Clnt. Matt Code | Bill # | Bill Date | Fees Billed | Disbursements Billed | Total Billed Amount | Payment Received | Last Payment Date | Write Off Amount | AR Balance |
|---|---|---|---|---|---|---|---|---|---|
| Ben-Jacob, Michael for Argre Management LLC | | | | | | | | | |
| 1000647.00004 | 2698162 | 3/31/2012 | $50,917.05 | - | $50,917.05 | ($50,917.05) | 4/24/2012 | - | - |
| | 2699289 | 4/11/2012 | $8,604.70 | $40.15 | $8,644.85 | ($8,644.85) | 5/1/2012 | - | - |
| | 2702757 | 5/14/2012 | $30,571.30 | $2,125.73 | $32,697.03 | ($32,697.03) | 7/17/2012 | - | - |
| Duet - Ex-Dividend Transaction - Total | | | $90,093.05 | $2,165.88 | $92,258.93 | ($92,258.93) | | - | - |
| | | GRAND TOTAL | $90,093.05 | $2,165.88 | $92,258.93 | ($92,258.93) | | - | - |

1

6/15/2018 10:57:40 AM

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

WH_MDL_00355207



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   John H. van Merkensteijn                              March 31, 2012
      Argre Management LLC
      40 West 57th Street
      New York, New York 10019

**RE:** Ex-Dividend Transaction                             **Invoice#:** 698162
**Our File Number:** 00647/0004                                    **PAGE:** 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2012

|            |                       | Hours |
|------------|-----------------------|-------|
| 03/01/2012 | Ben-Jacob, Michael    | 1.25  |

Call with Matt re ex-dividend/401(k) questions; call with Ezra accountant re tax filing matters.

| 03/01/2012 | Woodard, A.F. | 2.00 |

Office conference M. Ben-Jacob; conference call client, and review of material re proposed investment.

| 03/02/2012 | Woodard, A.F. | 2.75 |

Office conference M. Ben-Jacob, conference call client, and review of material re prohibited transactions, indicia of ownership and other issues.

| 03/03/2012 | Woodard, A.F. | 2.25 |

Research re indicia of ownership and ESOP loans.

| 03/05/2012 | Ben-Jacob, Michael | 2.08 |

Call with Ritch and Adam re potential new ex-dividend transactions; related calls with Chantis; calls with Rebecca re IRS certificates.

| 03/05/2012 | Woodard, A.F. | 1.75 |

Research re party-in-interest and ESOPs.

| 03/06/2012 | Ben-Jacob, Michael | 1.33 |

Call with John vanMerkensteijn regarding ex-Dividend transactions. Related call with Woody.

| 03/06/2012 | Woodard, A.F. | 0.75 |

Research re various issues re proposed investment.

| 03/07/2012 | Ben-Jacob, Michael | 0.33 |

Call with John vanMerkensteijn regarding answers to follow up questions related to ex-dividend transactions.

**KAYE SCHOLER LLP**

| | | |
|---|---|---|
| TO: | John H. van Merkensteijn | March 31, 2012 |
| RE: | Ex-Dividend Transaction | Invoice#: 698162 |
| | Our File Number: 00647/0004 | PAGE: 2 |

| Date | Timekeeper | Hours |
|---|---|---|
| 03/07/2012 | Woodard, A.F. | 1.33 |
| | Telephone conference M. Ben-Jacob and review of material re use of trust and other matters. | |
| 03/08/2012 | Woodard, A.F. | 1.17 |
| | Conference call client re various elements of proposed investment and research re same. | |
| 03/09/2012 | Woodard, A.F. | 0.67 |
| | Review of material re various issues. | |
| 03/12/2012 | Ben-Jacob, Michael | 0.33 |
| | Review Duet presentation regarding ex-dividend transactions. | |
| 03/12/2012 | Woodard, A.F. | 0.50 |
| | Telephone conference M. Stein re margin account and other matters. | |
| 03/13/2012 | Ben-Jacob, Michael | 1.92 |
| | Meetings, calls and e-mail re new ex-dividend transaction. | |
| 03/13/2012 | Tuchman, L. | 0.75 |
| | Office conference with M. Ben-Jacob re: additional ex-dividend transactions; review same. | |
| 03/13/2012 | Wells, Peter B | 3.50 |
| | Discuss issues related to transaction. Review diligence file and work on issues related to the same. Draft and revise Resolutions for Ezra. Call with Ezra re the same. | |
| 03/14/2012 | Ben-Jacob, Michael | 1.50 |
| | Call with rich re structuring issues; related follow-up with Woody and attention to related e-mails. | |
| 03/14/2012 | Woodard, A.F. | 2.67 |
| | Office conference Ben-Jacob re proposed investment; conference call M. Ben-Jacob and client; research re various issues. | |
| 03/14/2012 | Wells, Peter B | 3.00 |
| | Review and revise resolutions for Ezra. Work on issue related to diligence. Work on indemnity agreement. Discuss issues re the same with Ezra. | |
| 03/15/2012 | Ben-Jacob, Michael | 2.75 |
| | Calls/e-mails re structuring issues. | |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                                              WH_MDL_00355209

KAYE SCHOLER LLP

| | | |
|---|---|---|
| TO: | John H. van Merkensteijn | March 31, 2012 |
| RE: | Ex-Dividend Transaction | Invoice#: 698162 |
| Our File Number: 00647/0004 | | PAGE: 3 |

| Date | Timekeeper | Hours |
|---|---|---|
| 03/15/2012 | Tuchman, L.<br>Office conference with M. Ben-Jacob re: Luxco structure. | 0.25 |
| 03/15/2012 | Woodard, A.F.<br>Telephone conference M. Ben-Jacob, telephone conferences M. Ben-Jacob and client, review of material. | 1.33 |
| 03/16/2012 | Ben-Jacob, Michael<br>Call with Rich and further calls and follow-up with Duet group; related calls with Peter. | 2.50 |
| 03/16/2012 | Woodard, A.F.<br>Review of material re various issues. | 2.17 |
| 03/16/2012 | Wells, Peter B<br>Work in issues related to IRAs and related matters. Work on issues related to diligence related to transaction. Follow-up on issues related Delaware trusts and trustees. | 4.00 |
| 03/19/2012 | Ben-Jacob, Michael<br>Ex-Dividend: Attention to emails and conference with Louis. | 0.42 |
| 03/19/2012 | Woodard, A.F.<br>Telephone conference M. Ben-Jacob and review of material re UBTI and other issues. | 2.25 |
| 03/19/2012 | Wells, Peter B<br>Call with Glenmede re Delaware Trust planning. Review and revise Gravenhage Trust. Follow-up on issues re the same. | 2.00 |
| 03/20/2012 | Ben-Jacob, Michael<br>Ex-Dividend: Attention to emails re: structure for transaction. | 0.25 |
| 03/20/2012 | Woodard, A.F.<br>Telephone conferences R. Markowitz and review of material re fiduciary status and other matter. | 2.67 |
| 03/20/2012 | Wells, Peter B<br>Review due diligence documents. Review correspondence re structures. Discuss the same with Mr. Woodard. | 1.67 |
| 03/21/2012 | Tuchman, L.<br>Review documents for ex-dividend transactions. | 1.00 |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355210

**KAYE SCHOLER LLP**

TO: John H. van Merkensteijn                                          March 31, 2012

RE: Ex-Dividend Transaction                                           Invoice#: 698162
Our File Number: 00647/0004                                           PAGE: 4

---

| Date | Timekeeper / Description | Hours |
|---|---|---|
| 03/21/2012 | Woodard, A.F.<br>Review of draft Investment Management and other documents; review of fiduciary rules. | 2.83 |
| 03/21/2012 | Wells, Peter B<br>Review swap documents. | 1.50 |
| 03/22/2012 | Tuchman, L.<br>Review of documents; office conference with M. Ben-Jacob re: partnerships and structural issues. | 0.58 |
| 03/22/2012 | Woodard, A.F.<br>Telephone conference R. Markowitz, preparation of memo re Duet and review of material. | 2.67 |
| 03/23/2012 | Ben-Jacob, Michael<br>Ex-Dividend: Attention to emails, call with Duet. Call with Richard Louis. Related calls with Woody. | 1.75 |
| 03/23/2012 | Tuchman, L.<br>Review Gibraltar LP agreement; telephone conferences and office conferences with A.F. Woodard and review his memorandum; review swap document; conference call with M. Ben-Jacob and R. Markowitz. | 2.33 |
| 03/23/2012 | Woodard, A.F.<br>Office conference L. Tuchman re proposed transaction and review of material. | 1.25 |
| 03/26/2012 | Ben-Jacob, Michael<br>Ex-Dividend: Call with Duet group. Follow up conference with Woody. | 1.33 |
| 03/26/2012 | Woodard, A.F.<br>Office conference M. Ben-Jacob, research re Duet issues, and preparation of memo re such issues. | 3.58 |
| 03/27/2012 | Ben-Jacob, Michael<br>Conference with Woody and email to Rich re: PPM. | 0.42 |
| 03/27/2012 | Woodard, A.F.<br>Preparation of memo re Duet's status and review of material re same; review of PPM and office conference M. Ben-Jacob re same. | 2.92 |
| 03/28/2012 | Ben-Jacob, Michael<br>Ex-Dividend: Review LP Agreement memo re: IRA. | 0.75 |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355211

**KAYE SCHOLER LLP**

| | | |
|---|---|---|
| TO: | John H. van Merkensteijn | March 31, 2012 |
| **RE:** | Ex-Dividend Transaction | **Invoice#:** 698162 |
| **Our File Number:** | 00647/0004 | **PAGE:** 5 |

===============================================================================

| | | |
|---|---|---:|
| 03/28/2012 | Woodard, A.F. | 2.00 |
| | Revision of memo re Duet's role and telephone conference M. Ben-Jacob re same; review of material re loan from IRA. | |
| 03/29/2012 | Ben-Jacob, Michael | 5.00 |
| | Review/edit LP agreement and PPM, attend call with Duet Group and preliminary call with Rich, meetings with Louis and Woody to discuss related issues. | |
| 03/29/2012 | Woodard, A.F. | 1.75 |
| | Office conference M. Ben-Jacob re "reasonable compensation" issues and review of material re same. | |
| | Total Hours................. | 85.75 |
| | Fees through 03/31/2012................................. | $65,917.05 |

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

| | Rate | Hours | Fees |
|---|---:|---:|---:|
| Ben-Jacob, Michael | $730.00 | 23.91 | $17,454.30 |
| Tuchman, L. | 895.00 | 4.91 | 4,394.45 |
| Woodard, A.F. | 825.00 | 41.26 | 34,039.50 |
| Wells, Peter B | 640.00 | 15.67 | 10,028.80 |
| Fees through 03/31/2012............... | | 85.75 | $65,917.05 |

| | |
|---|---:|
| Fees this Invoice................................................. | $65,917.05 |
| Less Discount of................................................. | (15,000.00) |
| Adjusted Fees....................................................... | $50,917.05 |
| **Total Due this Invoice............................................................** | **$50,917.05** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**           WH_MDL_00355212

**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
  666 5th Avenue
  New York, New York 10103
  Attention: Yoannis Cepeda
  Telephone: 212.559.1980

  ABA Routing Number: 021000089
  Bank Identification Code/SWIFT Code: CITIUS33
  Account Name: Kaye Scholer LLP
  Account Number: 9981494431

  RE: Argre Management LLC
  Our File Number: 00647/0004
  Invoice Number: 698162
  Total Amount Due: $50,917.05

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355213



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: John H. van Merkensteijn
Argre Management LLC
40 West 57th Street
New York, New York 10019

April 11, 2012

**RE:** Ex-Dividend Transaction   **Invoice#:** 699289
**Our File Number:** 00647/0004   **PAGE:** 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2012

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 03/02/2012 | Veillette, Rebecca | Administration matters regarding new dividend deal and charities. | 3.33 |
| 03/05/2012 | Veillette, Rebecca | Administration matters in connection with dividend deal. | 2.67 |
| 03/06/2012 | Veillette, Rebecca | Administration regarding documentation for charities. | 2.00 |
| 03/07/2012 | Veillette, Rebecca | Administration matters. | 2.25 |
| 03/15/2012 | Veillette, Rebecca | Formation of 4 new LLCs, attention to patriot act forms. Conference with Peter Wells. | 3.08 |
| 03/16/2012 | Veillette, Rebecca | Attention to KYC information for new dividend deal. Prepare table of contents. Conferences with Peter Wells. | 2.67 |
| 03/22/2012 | Veillette, Rebecca | Attention to new formation of new LLCs. | 1.08 |
| 03/23/2012 | Veillette, Rebecca | Administration matters. | 0.33 |
| 03/28/2012 | Veillette, Rebecca | Attention to e-mail correspondence regarding new dividend deal. | 1.00 |
| 03/30/2012 | Ben-Jacob, Michael | Review/edit LP agreement. Related emails, call with Rich and further revisions. | 3.50 |

**KAYE SCHOLER LLP**

TO: John H. van Merkensteijn                         April 11, 2012

RE: Ex-Dividend Transaction                          Invoice#: 699289
Our File Number: 00647/0004                          PAGE:   2

===============================================================================

| 03/30/2012 | Woodard, A.F. | | 0.75 |
| | Review of material re fiduciary issues. | | |
| | | Total Hours.................. | 22.66 |
| | Fees through 03/31/2012.................................... | | $8,604.70 |

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 3.50 | $2,555.00 |
| Woodard, A.F. | 825.00 | 0.75 | 618.75 |
| Veillette, Rebecca | 295.00 | 18.41 | 5,430.95 |
| Fees through 03/31/2012............... | | 22.66 | $8,604.70 |

\*------------------------COSTS ADVANCED THROUGH 03/31/2012----------------------\*

| Duplicating | $3.40 |
| Meals | 36.75 |
| Total Costs through 03/31/2012......................... | $40.15 |

\*---------------------------------OUTSTANDING BALANCE---------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 698162 | 03/31/2012 | $50,917.05 |
| Prior Balance Due................................................................ | | $50,917.05 |

| Fees this Invoice.................................................................. | $8,604.70 |
| Costs this Invoice................................................................. | $40.15 |
| Total Due this Invoice............................................................. | $8,644.85 |
| Prior Balance Due (from above)............................................... | 50,917.05 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    WH_MDL_00355215

**KAYE SCHOLER LLP**

TO:  John H. van Merkensteijn                                    April 11, 2012

**RE:** Ex-Dividend Transaction                                  **Invoice#:** 699289
**Our File Number:** 00647/0004                                  PAGE:   3

===============================================================================

      TOTAL DUE................................................................................  $59,561.90

**Please remit payment within thirty (30) days.**

---

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER            WH_MDL_00355216

**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
   666 5th Avenue
   New York, New York 10103
   Attention: Yoannis Cepeda
   Telephone: 212.559.1980

   ABA Routing Number: 021000089
   Bank Identification Code/SWIFT Code: CITIUS33
   Account Name: Kaye Scholer LLP
   Account Number: 9981494431

   RE: Argre Management LLC
   Our File Number: 00647/0004
   Invoice Number: 699289
   Total Amount Due: $59,561.90

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355217



**KAYE SCHOLER LLP**

425 Park Avenue  
New York, NY  10022-3598  
212.836.8000  
www.kayescholer.com  
Fed. Identification No. 13-1672623

TO:  John H. van Merkensteijn  
     Argre Management LLC  
     40 West 57th Street  
     New York, New York  10019

May 14, 2012

**RE:** Duet - Ex-Dividend Transaction          **Invoice#:** 702757  
**Our File Number:** 00647/0004                 **PAGE:**   1

===========================================================================
### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2012
===========================================================================

|            |                                                                                                 | Hours |
|------------|-------------------------------------------------------------------------------------------------|-------|
| 03/13/2012 | Woodard, A.F.                                                                                   | 2.83  |
|            | Research and review of material re use of IRA, prohibited transaction rules and other issues.  |       |
| 03/18/2012 | Woodard, A.F.                                                                                   | 0.92  |
|            | Review of material re UBTI and other issues.                                                    |       |
| 04/01/2012 | Woodard, A.F.                                                                                   | 1.42  |
|            | Review of material re IRA investment in another entity.                                         |       |
| 04/02/2012 | Ben-Jacob, Michael                                                                              | 3.00  |
|            | Review IMA, related calls and e-mails with Rich and Woody.                                      |       |
| 04/02/2012 | Woodard, A.F.                                                                                   | 0.83  |
|            | Telephone conferences R. Markowitz and M. Ben-Jacob re use of IRA in proposed transaction.     |       |
| 04/02/2012 | Wells, Peter B                                                                                  | 0.75  |
|            | Review new operating agreement.                                                                 |       |
| 04/02/2012 | Veillette, Rebecca                                                                              | 0.50  |
|            | Attention to Otztal LLC documents.                                                              |       |
| 04/03/2012 | Ben-Jacob, Michael                                                                              | 2.00  |
|            | Call with Duet Group.  Follow up call with Rich.  Follow up with Woody and Louis on open issues. |     |
| 04/03/2012 | Woodard, A.F.                                                                                   | 0.67  |
|            | Telephone conference M. Ben-Jacob and e-mails re various issues re the IRA.                    |       |
| 04/03/2012 | Wells, Peter B                                                                                  | 1.83  |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                                    WH_MDL_00355218

**KAYE SCHOLER LLP**

TO: John H. van Merkensteijn  May 14, 2012

RE: Duet - Ex-Dividend Transaction  Invoice#: 702757
Our File Number: 00647/0004  PAGE: 2

|  |  |  |
|---|---|---|
|  | Work on issues related to foreign reporting requirements. |  |
| 04/03/2012 | Veillette, Rebecca | 0.50 |
|  | Follow-up regarding Otztal LLC KYC information. |  |
| 04/04/2012 | Woodard, A.F. | 0.67 |
|  | Review of material re IRA and documents. |  |
| 04/04/2012 | Wells, Peter B | 1.25 |
|  | Work on issues related to diligence. |  |
| 04/04/2012 | Veillette, Rebecca | 1.58 |
|  | Attention to amended operating agreement. |  |
| 04/04/2012 | Veillette, Rebecca | 2.92 |
|  | Attention to Ezra KYC documentation. |  |
| 04/05/2012 | Ben-Jacob, Michael | 2.75 |
|  | Review/analysis of open issues and related e-mail to Rich; prepare Subordinated Note; conferences with Louis; e-mail to Rich regarding call on GP shares; telephone conference with Duet Group. |  |
| 04/05/2012 | Veillette, Rebecca | 0.83 |
|  | Administration/tax matters. |  |
| 04/06/2012 | Wells, Peter B | 1.42 |
|  | Work on issues related to U.S. reporting. |  |
| 04/10/2012 | Ben-Jacob, Michael | 1.25 |
|  | Numerous calls, emails and conferences to address numerous deal issues. Attention to edits to LPA and IMA. |  |
| 04/10/2012 | Woodard, A.F. | 0.42 |
|  | Office conference M. Ben-Jacob and review of material. |  |
| 04/12/2012 | Ben-Jacob, Michael | 6.17 |
|  | Review/edit LPA, IMA and side letter. Attention to related emails. calls with Rich and Duet. Follow up call with Matt. Further edits to documents and related emails. |  |
| 04/12/2012 | Veillette, Rebecca | 2.25 |
|  | Administration matters regarding documentation for dividend deal. |  |
| 04/15/2012 | Ben-Jacob, Michael | 3.50 |
|  | Numerous calls, emails with Rich and Group; review Duet documents, etc. |  |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**  WH_MDL_00355219

**KAYE SCHOLER LLP**

TO: John H. van Merkensteijn                                               May 14, 2012

RE: Duet - Ex-Dividend Transaction                                **Invoice#:** 702757
Our File Number: 00647/0004                                          PAGE:    3

---

| Date | Timekeeper / Description | Hours |
|---|---|---|
| 04/16/2012 | Ben-Jacob, Michael | 2.42 |
| | Call with Duet; numerous calls, emails with Rich and Group; review Duet documents, etc. | |
| 04/16/2012 | Tuchman, L. | 1.75 |
| | Review swap, LP agreement and other documents. | |
| 04/16/2012 | Veillette, Rebecca | 1.75 |
| | Administrative matters. | |
| 04/19/2012 | Wells, Peter B | 1.25 |
| | Follow-up on issues related reporting. | |

Total Hours.................. 47.43

Fees through 04/30/2012..................................... $30,571.30

\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 21.09 | $15,395.70 |
| Tuchman, L. | 895.00 | 1.75 | 1,566.25 |
| Woodard, A.F. | 825.00 | 7.76 | 6,402.00 |
| Wells, Peter B | 640.00 | 6.50 | 4,160.00 |
| Veillette, Rebecca | 295.00 | 10.33 | 3,047.35 |
| Fees through 04/30/2012............... | | 47.43 | $30,571.30 |

\*------------------------COSTS ADVANCED THROUGH 04/30/2012----------------------\*

| | |
|---|---|
| Transportation | $111.58 |
| Meals | 211.94 |
| Messengers/Courier | 157.21 |
| Filing Fees/Court Fees | 1,645.00 |
| Total Costs through 04/30/2012......................... | $2,125.73 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                                **WH_MDL_00355220**

**KAYE SCHOLER LLP**

TO:     John H. van Merkensteijn                                          May 14, 2012

**RE:** Duet - Ex-Dividend Transaction                            **Invoice#:** 702757
**Our File Number:** 00647/0004                                          **PAGE:** 4

---

| | |
|---|---:|
| Fees this Invoice............................................................................ | $30,571.30 |
| Costs this Invoice........................................................................... | $2,125.73 |
| **Total Due this Invoice.................................................................** | **$32,697.03** |

**Please remit payment within thirty (30) days.**

**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0004
Invoice Number: 702757
Total Amount Due: $32,697.03

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER        WH_MDL_00355222