# Exhibit 82

# Arnold & Porter Kaye Scholer LLP

## Bill and Payment Summary

*(Amounts in Transaction Currency)*

| Clnt. Matt Code | Bill # | Bill Date | Fees Billed | Disbursements Billed | Total Billed Amount | Payment Received | Last Payment Date | Write Off Amount | AR Balance |
|---|---|---|---|---|---|---|---|---|---|
| Ben-Jacob, Michael for Argre Management LLC | | | | | | | | | |
| 1000647.00008 | 2734512 | 4/22/2013 | $25,606.15 | $265.19 | $25,871.34 | ($25,871.34) | 2/25/2014 | - | - |
| | 2737637 | 5/22/2013 | $16,869.40 | - | $16,869.40 | ($16,869.40) | 2/25/2014 | | |
| | | Duet - Belgium - Total | $42,475.55 | $265.19 | $42,740.74 | ($42,740.74) | | - | - |
| | | GRAND TOTAL | $42,475.55 | $265.19 | $42,740.74 | ($42,740.74) | | - | - |

1

6/15/2018 10:29:23 AM

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER    WH_MDL_00355388



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   John H. van Merkensteijn  
Argre Management LLC  
40 West 57th Street  
New York, New York  10019

April 22, 2013

**RE:** Duet - Belgium  
**Our File Number:** 00647/0008

**Invoice#:** 734512  
**PAGE:** 1

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2013

|  |  | Hours |
|---|---|---|
| 03/13/2013 | Ben-Jacob, Michael | 3.83 |
| | Review/edit documents. Calls with Rich and meetings with Peter to discuss. | |
| 03/13/2013 | Wells, Peter B | 5.33 |
| | Call with Rich. Review documents and work on loan agreement and partnership. Discuss with Mr. Ben-Jacob. | |
| 03/14/2013 | Ben-Jacob, Michael | 3.08 |
| | Review documents, related emails and calls with Rich and Peter. | |
| 03/14/2013 | Wells, Peter B | 6.00 |
| | Call with Rich re documents. Review and revise the same. Review and revise loan agreement. Call with UK counsel re related issues. | |
| 03/14/2013 | Fleet, Stuart | 0.42 |
| | Discussion with Peter Wells relating to English law as to agency and identifying the principal in a third party transaction. | |
| 03/14/2013 | Lewin, Daniel | 0.17 |
| | Discussion with MBJ and PW. | |
| 03/15/2013 | Ben-Jacob, Michael | 1.00 |
| | Review document. | |
| 03/15/2013 | Wells, Peter B | 1.83 |
| | Prepare for and participate on call with Duet. Review related documents. | |
| 03/17/2013 | Ben-Jacob, Michael | 1.33 |
| | Review documents. Emails with Rich. | |
| 03/18/2013 | Ben-Jacob, Michael | 0.75 |
| | Review Duet charge agreements - related calls with Rich. | |
| 03/18/2013 | Wells, Peter B | 1.75 |
| | Review deed of charge and work on related issues. | |
| 03/19/2013 | Wells, Peter B | 1.50 |
| | Work on issues related to structure. Call with Woody and Kathleen re pension issues. Follow-up on matters re the same. | |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                          **WH_MDL_00355389**

**KAYE SCHOLER LLP**

TO:   John H. van Merkensteijn                                April 22, 2013

**RE:** Duet - Belgium                                                      **Invoice#:** 734512
**Our File Number:** 00647/0008                           **PAGE:** 2

---

| Date | Timekeeper / Description | Hours |
|---|---|---|
| 03/20/2013 | Ben-Jacob, Michael<br>Attention to commodities pool issues, related calls and emails. | 1.33 |
| 03/20/2013 | Tan, Madeleine M<br>Interoffice conference call with Kathleen Wechter and George Williams re commodity pool issue. | 0.25 |
| 03/20/2013 | Williams, George M<br>Telephone conference and research regarding CFTC issues. | 1.50 |
| 03/20/2013 | Wechter, Kathleen A<br>Conference M. Ben-Jacob and review information from client regarding plan status for CFTC purposes and review; conferences M. Tan and G. Williams; conferences G. Williams and M. Ben-Jacob regarding same. | 1.58 |
| 03/20/2013 | Wells, Peter B<br>Work on issues related to representations. Review revisions to documents. | 1.33 |
| 03/21/2013 | Ben-Jacob, Michael<br>Calls with George Williams and Rich. | 1.00 |
| 03/21/2013 | Williams, George M<br>Research and advice regarding CFTC issues. | 2.00 |
| 03/22/2013 | Ben-Jacob, Michael<br>Call with George Williams and follow-up email to Rich. | 0.42 |
| 03/22/2013 | Williams, George M<br>Further analysis of CFTC issues. | 0.50 |
| 03/25/2013 | Ben-Jacob, Michael<br>Review transaction documents and drafting email to Rich with comments. | 1.50 |
| 03/25/2013 | Wells, Peter B<br>Review Duet documents. | 2.25 |
| 03/26/2013 | Williams, George M<br>Advice regarding retirement plan exemptions under the CFTC's regulations. | 1.00 |
| 03/26/2013 | Wells, Peter B<br>Work on issue related to documents. Call with group. Follow-up issues re the same. | 2.25 |
| 03/27/2013 | Ben-Jacob, Michael<br>Following up on emails. | 0.25 |
| 03/27/2013 | Williams, George M<br>Conference call with Duet regarding CFTC issues; preparatory conference calls. | 1.00 |
| 03/27/2013 | Wells, Peter B<br>Prepare for and participate on call with Duet. Follow-up re issues related to the same. | 2.83 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**        WH_MDL_00355390

**KAYE SCHOLER** LLP

TO: John H. van Merkensteijn  April 22, 2013

RE: Duet - Belgium  Invoice#: 734512
Our File Number: 00647/0008  PAGE: 3

===

| Date | Timekeeper / Description | Hours |
|---|---|---|
| 03/28/2013 | Williams, George M<br>Review regulatory situation. | 0.50 |
| 03/28/2013 | Wells, Peter B<br>Work on issues related to revised document. Work on outstanding legal issues related to pensions etc. | 1.75 |
| 03/29/2013 | Wells, Peter B<br>Work on revisions related to documents. | 0.83 |

Total Hours................ 51.06

Fees through 03/31/2013................................... $35,606.15

\*-------------------------------TIME AND FEE SUMMARY-------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $755.00 | 14.49 | $10,939.95 |
| Tan, Madeleine M | 795.00 | 0.25 | 198.75 |
| Williams, George M | 735.00 | 6.50 | 4,777.50 |
| Wechter, Kathleen A | 765.00 | 1.58 | 1,208.70 |
| Wells, Peter B | 650.00 | 27.65 | 17,972.50 |
| Fleet, Stuart | 845.00 | 0.42 | 354.90 |
| Lewin, Daniel | 905.00 | 0.17 | 153.85 |
| Fees through 03/31/2013 | | 51.06 | $35,606.15 |

\*------------------------COSTS ADVANCED THROUGH 03/31/2013------------------------\*

Transportation  $265.19

Total Costs through 03/31/2013......................... $265.19

Fees this Invoice................................................. $35,606.15
Less Discount of................................................. (10,000.00)
Adjusted Fees..................................................... $25,606.15
Costs this Invoice................................................ $265.19
**Total Due this Invoice.............................................. $25,871.34**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**  **WH_MDL_00355391**



425 Park Avenue  
New York, NY  10022-3598  
212.836.8000  
www.kayescholer.com  
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.  
153 East 53rd Street  
New York, New York 10022  
Attention: Marsha Burnett  
Telephone: 212.559.3787

ABA Routing Number: 021000089  
Bank Identification Code/SWIFT Code: CITIUS33  
Account Name: Kaye Scholer LLP  
Account Number: 9981494431

RE: Argre Management LLC  
Our File Number: 00647/0008  
Invoice Number: 734512  
Total Amount Due: $25,871.34

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355392



425 Park Avenue  
New York, NY  10022-3598  
212.836.8000  
www.kayescholer.com  
Fed. Identification No. 13-1672623

TO:   John H. van Merkensteijn                                May 22, 2013  
40 West 57th Street  
New York, New York  
alicia@agremgt.com  
New York, New York  10019

**RE:** Duet - Belgium                                        **Invoice#:** 737637  
**Our File Number:** 00647/0008                               **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2013

|  |  | Hours |
|---|---|---:|
| 03/17/2013 | Woodard, A.F. | 1.17 |
|  | Review of Custody Agreement and other documents re proposed Duet transaction. |  |
| 03/28/2013 | Ben-Jacob, Michael | 0.83 |
|  | Attention to misc. emails on open points re: documentation. Related review and conference with Peter. |  |
| 04/01/2013 | Williams, George M | 1.00 |
|  | Comment on CFTC issues in documents. |  |
| 04/01/2013 | Wells, Peter B | 1.50 |
|  | Work on revisions to documents and related CFTC issues. |  |
| 04/02/2013 | Williams, George M | 0.50 |
|  | Advice regarding CFTC-related change in wording. |  |
| 04/02/2013 | Wells, Peter B | 1.00 |
|  | Review revised documents and work on related matters. |  |
| 04/10/2013 | Ben-Jacob, Michael | 2.25 |
|  | Numerous calls, emails with George and Rich re: CFTC issues. |  |
| 04/10/2013 | Williams, George M | 2.17 |
|  | Discussion of structure and preparation of a CFTC-related representation for Mill River. |  |
| 04/10/2013 | Michel, Patrick A | 0.58 |
|  | Conference with M Ben-Jacob re Securities Laws issues. |  |
| 04/11/2013 | Williams, George M | 0.50 |
|  | Advice regarding CFTC analysis. |  |
| 04/15/2013 | Ben-Jacob, Michael | 0.83 |
|  | Attention to CFTC matters. |  |
| 04/15/2013 | Wells, Peter B | 0.50 |
|  | Work on issues related to loan structure. |  |
| 04/16/2013 | Ben-Jacob, Michael | 0.08 |
|  | Attention to misc. emails. |  |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                          WH_MDL_00355393

TO: John H. van Merkensteijn                                     May 22, 2013

RE: Duet - Belgium                                               Invoice#: 737637
Our File Number: 00647/0008                                      PAGE:   2

| Date | Attorney / Description | Hours |
|---|---|---|
| 04/16/2013 | Williams, George M | 1.25 |
| | Discussions regarding the numerical calculations in available CFTC exemptions and also required representations;. | |
| 04/17/2013 | Ben-Jacob, Michael | 1.83 |
| | Attention to CFTC issues. Related conference call with Duet. Follow-up emails, etc. | |
| 04/17/2013 | Williams, George M | 3.00 |
| | Telephone conference regarding regulatory status; review; work on representations. | |
| 04/17/2013 | Wells, Peter B | 1.42 |
| | Call with Duet and counsel re CFTC issues. Follow-up re the same. | |
| 04/19/2013 | Ben-Jacob, Michael | 0.42 |
| | Attention to emails re: QEP representation. Attention to draft rep. letter and related emails. | |
| 04/19/2013 | Williams, George M | 1.25 |
| | Research and draft possible representation regarding qualified eligible purchaser status. | |
| 04/19/2013 | Wells, Peter B | 0.50 |
| | Review and revise rep letters. | |
| 04/26/2013 | Michel, Patrick A | 0.67 |
| | Conferences with E. Marcus. | |

                                                    Total Hours.................  23.25
            Fees through 04/30/2013.....................  $16,869.40

*----------------------------------TIME AND FEE SUMMARY----------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $755.00 | 6.24 | $4,711.20 |
| Williams, George M | 735.00 | 9.67 | 7,107.45 |
| Michel, Patrick A | 710.00 | 1.25 | 887.50 |
| Wells, Peter B | 650.00 | 4.92 | 3,198.00 |
| Woodard, A.F. | 825.00 | 1.17 | 965.25 |
| Fees through 04/30/2013............... | | 23.25 | $16,869.40 |

*----------------------------------OUTSTANDING BALANCE----------------------------------*

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                WH_MDL_00355394

TO:     John H. van Merkensteijn                                              May 22, 2013

RE: Duet - Belgium                                                            Invoice#: 737637
Our File Number: 00647/0008                                                   PAGE:   3

| Invoice# | Date | Amount |
|---|---|---|
| 734512 | 04/22/2013 | $25,871.34 |
| Prior Balance Due................................................................. | | $25,871.34 |
| | | |
| Fees this Invoice................................................................. | | $16,869.40 |
| Total Due this Invoice........................................................... | | $16,869.40 |
| Prior Balance Due (from above)............................................. | | 25,871.34 |
| **TOTAL DUE**....................................................................... | | **$42,740.74** |

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                                    **WH_MDL_00355395**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0008
Invoice Number: 737637
Total Amount Due: $42,740.74

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355396