# MEMO ENDORSED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX
REFUND SCHEME LITIGATION

This document relates to case nos.: 19-cv-
01785; 19-cv-01867; 19-cv-01893; 19-cv-
01781; 19-cv-01783; 19-cv-01895; 19-cv-
01904; 19-cv-01869; 19-cv-01922; 19-cv-
01870; 19-cv-01791; 19-cv-01792; 19-cv-
01926; 19-cv-01868; 19-cv-01929; 19-cv-
01806; 19-cv-01906; 19-cv-01808; 18-cv-
04833; 19-cv-01898; 19-cv-01898; 19-cv-
01812; 19-cv-01896; 19-cv-01815; 19-cv-
01924; 19-cv-10713; 19-cv-01866; 19-cv-
01794; 19-cv-01865; 19-cv-01798; 19-cv-
01800; 19-cv-01788; 19-cv-01928; 19-cv-
01803; 19-cv-01801; 19-cv-01894; 19-cv-
01810; 19-cv-01809; 19-cv-01871; 19-cv-
01813; 19-cv-01930; 19-cv-01818; 19-cv-
01931; 19-cv-01918; 19-cv-01873

MASTER DOCKET

18-md-2865 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/25

*This motion was resolved by an oral ruling at trial. Clerk to terminate motion. SO ORDERED*

*[signature]*

LEWIS A. KAPLAN, USDJ

*1/17/25*

## DEFENDANTS' MOTION ON FURTHER QUESTIONING OF
## CHRISTIAN EKSTRAND

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, dated

January 11, 2025, Defendants, by their undersigned attorneys, move the court for an Order (i) to

permit further questioning of Christian Ekstrand on issues related to the following matters: 1) a

press release issued by the National Audit Office ("NAO") of Denmark in 2016 refuting the

defense of SKAT's conduct; 2) a public report issued by the NAO in 2016 providing the full reason

behind that refutation; 3) email exchanges with Anne Munksgaard regarding efforts to mislead and

1